Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Miami  Division

| | |
|---|---|
| SEYED M. MOGHANI as Assignee of STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANONIMA, a Costa Rican Corporation, as the 80% owner of ZOFRAGUA, S.A. a Ecuadorian Corporation, | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial:  *(check one)*   ☒ Yes  ☐ No

-v-

THE REPUBLIC OF ECUADOR, THE PORT
AUTHORITY OF GUAYAQUIL, STOCK & FUND
MANAGERS OVERSEAS, INC, A Panamanian
Corporation, LEONIDAS EFRAIN PLAZA
VERDUGA, Individually,

FILED BY TE D.C.

JUN 0 4 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | SEYED MOGHANI as Assigneee of S&F Managers Overseas SA |
| Street Address | 9513 SW 125 Terrace |
| City and County | Miami Dade |
| State and Zip Code | Florida, 33176 |
| Telephone Number | 305-7992545 |
| E-mail Address | moghani@icloud.com |

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE REPUBLIC OF ECUADOR |
| Job or Title *(if known)* | Embassy of The Republic of Ecuador in the United States. |
| Street Address | 2535 15th St NW |
| City and County | Washington |
| State and Zip Code | DC, 20009 |
| Telephone Number | 202) 234 7200 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | THE PORT AUTHORITY OF GUAYAQUIL |
| Job or Title *(if known)* | |
| Street Address | Avenida 25 de Julio, Vía Puerto Maritimo |
| City and County | Guayaquil, |
| State and Zip Code | Ecuador, Ecuador |
| Telephone Number | 593-4 201-2000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | STOCK AND FUND MANAGERS OVERSEAS, INC |
| Job or Title *(if known)* | |
| Street Address | Garcia Moreno 913 & Avenida 9 de Octubre |
| City and County | Guayaquil |
| State and Zip Code | Guayas, Ecuador |
| Telephone Number | (5934) 232 2596 - (5934) 322597 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | LEONIDAS EFRAIN PLAZA VERDUGA |
| Job or Title *(if known)* | |
| Street Address | Garcia Moreno 913 & Avenida 9 de Octubre |
| City and County | Guayaquil |
| State and Zip Code | Guayas, Ecuador |
| Telephone Number | (5934) 232 2596 - (5934) 322597 |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    SEYED MOGHANI                            , is a citizen of the State of *(name)*   FLORIDA, UNITED STATES.

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                             , is incorporated under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*                                      , is a citizen of the State of *(name)*                                . Or is a citizen of *(foreign nation)*

2.    If the defendant is a corporation

The defendant, *(name)*   Sovereign THE REPUBLIC OF ECUADOR    , is incorporated under the laws of the State of *(name)*   THE REPUBLIC OF ECUADOR          , and has its principal place of business in the State of *(name)*   THE REPUBLIC OF ECUADOR    .

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*   THE REPUBLIC OF ECUADOR    .

If the defendant is a corporation

The defendant, *(name)* THE PORT AUTHORITY , is incorporated under
OF GUAYAQUIL

the laws of the State of *(name)* ECUADOR , and has its
principal place of business in   Avenida 25 de Julio, Via Puerto Maritimo
the State of *(name)*   City and County   Guayaquil,
State and Zip Code   Ecuador, Ecuador

Or is incorporated under the laws of *(foreign* ,
*nation)*

and has its principal place of business in   Avenida 25 de Julio, Via Puerto Maritimo
*(name)*   City and County   Guayaquil,
State and Zip Code   Ecuador, Ecuador


If the defendant is a corporation

The defendant, *(name)* LEONIDAS PLAZA
VERDUGA & LEONIDAS
PLAZA DIAZ -LAW FIRM
PLAZA VERDUGA &
PLAZA S.A.

the laws of the State of *(name)* ECUADOR
principal place of business in   Garcia Moreno N. 913 Ave 9   Ecuador, Ecuador
the State of *(name)*   de Octubre, Ecuador

Or is incorporated under the laws of *(foreign*
*nation)*

and has its principal place of business in
*(name)*   *Ecuador*

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.     The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The AMOUNT IN CONTROVERSY IS FOUR HUNDRED MILLION DOLLARS ($400,000,000.00 USD).

**III.     Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)*   SEYED MOGHANI asAssignee of S&F Managers Overseas SA   , and the defendant, *(name)*   THEPORTAUTHORITYOFGUAYAQUIL.govofEcuador,ETAL   , made an agreement or contract on *(date)*   . The agreement or contract was *(oral or written)*   written   . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

1) On September 25, 2008, The Assignor ZOFRAGUA SA(owned byS&F Managers Overseas SA) entered into an agreement with the PORT AUTHORITY OF GUAYAQUIL to invest the amount of $12,000,000 USD toward the project to develop the FREE ZONE FOR THE PORT OF GUAYAQUIL project (which had initially started on October 3, 2001 but had experienced liquidity issues, with this agreement the "investor" ZOFRAGUA SA through S&F MANAGERS OVERSEAS S.A. would invest the above mentioned amount and the Port Authority would grant the license to operate the port for a period of fifty years (to be expired on October 31, 2051 and providing a net profit to the investor in the amount of $400,000,000.00 USD. After the $12,000,000 USD had been tendered toward the Project, and the new government of President RAFAEL CORREA took possession, the Government of Ecuador unilaterally decided to cancel the project. (See Exhibit A-B).

2) On April 12, 2012, the owner of S&F Managers Overseas S.A., Mr. FERNANDO ERNESTO MARSH GAME hired the services of the lawyers LEONIDAS EFRAIN PLAZA VERDUGA and LEONIDAS PLAZAA DIAZ, both from the law firm of PLAZA VERDUGA & PLAZA, S.A. to represent the interests of S&F Managers Overseas S.A. and its subsidiary ZOFRAGUA S.A. against the Republic of Ecuador and the PORT AUTHORITY OF GUAYAQUIL for breach of contract and to recover the investment made in the amount of 12,000,000 USD. (Please see Exhibit "C")

3) FERNANDO ERNESTO MARSH GAME, currently resides in the state of Florida, United States of America and he has been the sole owner of the shares of S&F MANAGERS OVERSEAS S.A. which owns the eighty percent of the shares in ZOFRAGUA, S.A.

4) In the year 2018, Mr. Marsh while living in the United States, learned that his attorney LEONIDAS EFRAIN PLAZA VERDUGA, appointed to represent the interests of S&F MANAGERS OVERSEAS S.A. and its Subsidiary ZOFRAGUA SA, had created a new "entity" with a similar name: S&F FUND MANAGERS OVERSEAS INC (S&F MANAGERS OVERSEAS INC) registered in Panama and fully owned by the attorney PLAZA VERDUGA, with the intention to file the claim for reimbursement of the funds from THE REPUBLIC OF ECUADOR and the PORT AUTHORITY OF GUAYAQUIL.

5) On May 2, 2019, Mr. FERNANDO ERNESTO MARSH GAME assigned all of his rights in the contract pertaining S&F MANAGERS OVERSEAS S.A. and its subsidiary ZOFRAGUA S.A. to the Plaintiff in this action Mr. SEYED M. MOGHANI, a citizen of the United States. (Please see Exhibit "D").

6) Mr. SEYED M. MOGHANI is the Assignee of the rights, is a party in interest, a citizen of the State of Florida and the Defendants, THE REPUBLIC OF ECUADOR, THE PORT AUTHORITY OF GUAYAQUIL (ECUADOR), S&F MANAGERS OVERSEAS INC, AND LEONIDAS EFRAIN PLAZAA VERDUGA are all entities and individual of Ecuador, the amount in controversy is above $75,000 USD. Therefore, this Honorable court has diversity jurisdiction over the parties and the case.

7) THE REPUBLIC OF ECUADOR, THE PORT AUTHORITY OF GUAYAQUIL unilaterally breached the contract causing irreparable harm to the Plaintiff.

8) Upon information and belief, the Government of Ecuador has allocate funds in the amount of 4,800,000 USD as a compensation for the breach caused by the previous government, and as of the time of this action, such funds are ready to be disbursed to the attorney LEONIDAS EFRAIN PLAZA VERDUGA and his "SHAM" COMPANY STOCK & FUND MANAGERS OVERSEAS INC (S&F MANAGERS OVERSEAS INC).

The defendant failed to comply because *specify what the defendant did or failed to do that failed to comply with what the agreement or contract required:*

The Defendant entered into an agreement with ZOFRAGUA SA., and through its holding company STOCK AND FUND MANAGERS OVERSEAS S.A. received the amount of $ 2,000,000 USD. Nevertheless, once the government change took place, president RAFAEL CORREA decided to cancelled several projects including the project to develop the FREE ZONE OF THE PORT OF GUAYAQUIL.

It is important to note that the current government as mentioned above has initiate procedures to compensate the parties harmed by the acts of the previous government.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. The Plaintiff has been harmed by the acts and actions of the Defendants and requests expectation damages in the amount of $400,000,000.00 USD.

2.The Plaintiff also requests equity relief as an Injunction Order to direct the court of Ecuador (Guayaquil) where the funds payable to S&F FUND MANAGERS OVERSEAS S.A had been already authorized by the Government of Ecuador for payment and are currently with the court registry account. This Injunction Order is necessary to stop payment to any third entity including but not limited to the "sham" and unauthorized company S&F FUND MANAGERS OVERSEAS INC. created by attorney LEONIDAS PLAZA VERDUGA & LEONIDAS PLAZA DIAZ both attorneys at the firm of PLAZA VERDUGA & PLAZA in the city of Guayaquil, entity as mentioned above created with the sole intention to collect the mentioned funds that belong to their client S&F FUND MANAGERS OVERSEAS S.A. and now the assignee and Plaintiff Mr. SEYED MOGHANI.

3) An Order directing the EMBASSY OF THE UNITED STATES IN ECUADOR for the cancellation of the UNITED STATES VISAS (B1-B2) granted to i) LEONIDAS PLAZA VERDUGA and ii) LEONIDAS PLAZA DIAZ for their fraudulent and criminal acts against United States persons, including the Plaintiff in this action,

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          06/03/2019

Signature of Plaintiff

Printed Name of Plaintiff              Seyed M. Moghani

" EXHIBIT A "



Guayaquil, 5 de Junio de 2002

**SEÑOR**
**ALFREDO JURADO V.**
**GERENTE DE AUTORIDAD PORTUARIA DE GUAYAQUIL**
**CIUDAD.-**

De mis consideraciones:

Con mi cordial saludo, me permito dirigir a usted y por su digno intermedio ante quien corresponda, con el propósito de solicitarle de manera expresa y urgente se autorice de manera permanente a la Compañía General De Construcciones S. A. para que de inicio a la obra civil de la Zona Franca Del Guayas en los terrenos que nos fueron entregados legalmente en comodato.

La mencionada compañía constructora previa selección ha sido adjudicataria de la mencionada obra.

Reiterándole mis sentimientos de mi alta consideración y estima.

Atentamente

**SANDRO COGLITORE CASTILLO**
**GERENTE GENERAL**
**ZOFRAGUA S. A.**

Copia para: Presidente A. P. G.
             Presidente ZOFRAGUA S. A.
             Gerente General Compañía General de Construcciones S. A.

Guayaquil, Noviembre 28 del 2002

2002 NOV 28 PM 4: 43

RECIBIDO POR

Señor
Dr. Raúl Gómez Ordeñana
Gerente AUTORIDAD PORTUARIA DE GUAYAQUIL
Ciudad.-

**Asunto: Iniciación de los trabajos de excavación, relleno y compactación de terrenos de     Zona Franca del Guayas**

De nuestras consideraciones:

Por la presente cumplo con informarle que ya se están realizando los trabajos de excavación, relleno y compactación de los terrenos cedidos en comodato por Autoridad Portuaria de Guayaquil, para la Zona Franca del Guayas.

Dichos trabajos los está realizando la empresa Compañía General de Construcciones, para lo cual se ha designado como Fiscalizador de la Obra al Ing. Enrique Lullini, el cual junto con un ayudante verificarán los trabajos que realizará la empresa antes mencionada.

Agradeceré designar a una persona del Departamento Técnico de Autoridad Portuaria de Guayaquil la misma que deberá coordinar con el Ing. Enrique Lullini las obras en ejecución.

Muy Atentamente,

Ing. Hans Collin M.
Gerente General ZOFRAGUA S.A.

HC/af

c.c. archivo AUTORIDAD PORTUARIA

Scanned by CamScanner



PBX:              480120
FAX:       593 – 4 - 483748
CASILLA:        09-01-5739
PUERTO    MARITIMO
GUAYAQUIL - ECUADOR
AMERICA   DEL   SUR

**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

---

**EL PROGRESO LLEGA A BUEN PUERTO,  EL PUERTO CONFIABLE DE GUAYAQUIL**

*Guayaquil, 04 de diciembre del 2002*

*P-098-2002*

*Señor Ingeniero*
**Hans Collin Morales**
**GERENTE GENERAL**
**ZOFRAGUA S.A.**
*Ciudad*

*De mis consideraciones:*

*En respuesta a su atento oficio de fecha 28 de noviembre del presente año, tengo el agrado de informarle que el Directorio de la entidad en sesión ordinaria celebrada el día 03 de los corrientes, resolvió designar como contraparte por APG, al Jefe del Departamento de Ingeniería de la entidad, Ing. Alex Villacrés Sánchez, con el apoyo del Arq. Víctor Lituma Vera del mismo departamento, fiscalizador de los trabajos que se realizarán en los terrenos entregados en comodato a ZOFRAGUA S.A.*

*Muy atentamente,*

**AB. RAÚL GÓMEZ ORDEÑANA**
**PRESIDENTE DEL DIRECTORIO**

*avp*

*Copia: Archivo*

RECIBIDO
3 - DIC 2002
ZOFRAGUA S.A.
17:31 pm

Scanned by CamScanner



PBX 480120 - FAX 483748
Casilla: 09-01-5739
Vía Puerto Marítimo
Guayaquil - Ecuador
Sud - América

**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1958

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

DING 3885    09 DIC 2002

SR. ING.
HANS COLLIN M.
GERENTE GENERAL DE
ZOFRAGUA S.A.
CIUDAD

Ref. Oficio de noviembre 08 del 2002.

De mis consideraciones:

Mediante comunicación interna G-807-02 del 4 de diciembre/02, he sido notificado por el Gerente de nuestra Entidad, Señor Alfredo Jurado Von Buchwald, que el Directorio de APG ha resuelto designarme como contraparte en la coordinación de los trabajos que ZOFRAGUA realizará en los terrenos de Zona Franca del Guayas.

Por lo expresado, procederé a partir de hoy a la mencionada coordinación con el Fiscalizador de la obra, el Ing. Enrique Lullini. Para efectos de una ágil y oportuna comunicación, hago de vuestro conocimiento mis números de teléfono y direcciones de correo electrónico:

Autoridad Portuaria de Guayaquil 480120, ext, 302 y 303
Celular : 099610180
E-mail APG : alexvillacres@puertodeguayaquil.com
E-mail personal : alexv@ucsg.edu.ec.

Atentamente,

ING. ALEX VILLACRÉS SÁNCHEZ
JEFE DEPARTAMENTO DE INGENIERÍA

ndez/.

Copias:  Presidencia, Gerencia
         Cont. Gestión, Ing. Enrique Lullini
         Unidad de Secretaría General
         Archivo



**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1966

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

Guayaquil,   22 JUL 2003          12:05

UCG-   2162

**Señores**
**ZOFRAGUA**
**Ciudad.-**

**De mis consideraciones:**

De acuerdo a la Resolución del Directorio efectuada el día  17 de Junio de
2003, en la que se aprueba la Ampliación del plazo de ejecución de
trabajos, solicitamos se nos remita el cronograma actualizado con los
respectivos valores, que se incorporarán en la Minuta de Comodato.

Atentamente,

**CPFG-SP JORGE FIERRO LUNA**
**GERENTE**

JGR/VOT

Copias.  Unidad Secretaría General
         Asesoría Jurídica
         Analista Técnico
         Archivo.



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

**EL PROGRESO LLEGA A BUEN PUERTO, PUERTO CONFIABLE DE GUAYAQUIL**

Guayaquil, 22/FEB/2006
UAJ-000629

**Señora Ingeniera**
**Narcisa Fabre**
**Zofragua S. A. Zona Franca de Guayaquil**
**Ciudad.-**

De nuestras consideraciones:

Acuso Recibo de su Oficio de fecha 2 de febrero del 2006, ingresado a la Unidad de Secretaria General de la entidad el 6 del mismo mes y año, mediante el cual nos solicita se remita una copia del acta en que Autoridad Portuaria de Guayaquil, resuelve aprobar la ampliación del plazo del comodato a favor de Zofragua S. A. ante lo cual expongo lo siguiente:

Adjunto encontrará una copia de la Resolución adoptada por el Directorio de la entidad en sesión del 16 de noviembre del 2005, que guarda relación con la suscripción del addendum correspondiente para ampliar el plazo del contrato de comodato con Zofragua hasta el 31 de diciembre del 2006.

Reitero mis sentimientos de consideración y estima.

Atentamente,

**VALM. TIMOSHENKO GUERRERO R.**
**GERENTE (E)**

PVL/SMP

CC Unidad de Secretaría General
Archivo

Portal: www.puertodeguayaquil.com - Dirección: Ave. 25 de Julio – Vía Puerto Marítimo
PBX:  2480120,  2480083  Fax: 593 – 04 – 2484728 – Casilla: 09 – 01 - 5739
Guayaquil – Ecuador – América del Sur

Scanned by CamScanner



ZOFRAGUA

Guayaquil, 28 de noviembre del 2006

Señor Almirante
FERNANDO DONOSO MORAN
PRESIDENTE DEL DIRECTORIO DE
AUTORIDAD PORTUARIA DE GUAYAQUIL,
Ciudad

De nuestras consideraciones:

Nos es grato dirigirnos a usted y por su intermedio al Directorio de su digna
presidencia para comunicarle que con fecha 30 de octubre del 2006 entre
Zofragua S. A., S & F MANAGERS OVERSEAS LTD., Y CAR
TRUST FINANCE, se ha suscrito un Acuerdo de Intención mediante el
cual se definen los términos de financiamiento y seguridad de cumplimiento
del desarrollo de la Zona Franca que administra Zofragua S. A.

Como es de conocimiento de ustedes el proyecto Zofragua ha sufrido un
severo atraso en su ejecución debido tanto a la falta de financiamiento para su
construcción, como, al atraso en las obras complementarias de la construcción
de la calle "p", cerramiento del predio como medida de seguridad y la
adecuación y desvío del canal de aguas que atraviesa el predio cedido en
comodato, cuyas ejecuciones han sido compromiso de Autoridad Portuaria de
Guayaquil.

Sumado a la falta de recursos para financiar la construcción y al atraso de las
obras complementarias se ha debido lidiar con aspectos de inseguridad jurídica
presentes en nuestro país por lo cual, en el transcurso del tiempo varias
propuestas de inversionistas nacionales y extranjeros para financiar y
desarrollar el proyecto han sufrido deserción. En ésta oportunidad las
empresas de inversión S & F MANAGERS OVERSEAS LTD. Y CAR
TRUST FINANCE de nacionalidad Panameña, con quienes hemos dado el
primer paso al suscribir un Acuerdo de Intención para la construcción de la
obra, han requerido que solicitemos ante el Directorio de la Autoridad
Portuaria de Guayaquil, la implementación de mínimas garantías previas a
fondear el proyecto. Por estas razones, de manera formal solicitamos a usted
y por su digno intermedio al Directorio de Autoridad Portuaria de Guayaquil
que se sirvan emitir las siguientes resoluciones:

ZOFRAGUA S.A. Zona Franca del Guayas
Av. 25 de Julio s/n intersección Av. Caraguay y Calle "B" vía al Puerto Marítimo

" EXHIBIT B"



**PRESIDENCIA
DE LA REPUBLICA**



**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

## ACTA DE VERIFICACION DE CUMPLIMIENTO DE AVANCE DE OBRAS DE LA ZONA FRANCA "ZOFRAGUA S.A."

En la ciudad de Guayaquil a los 25 días del mes de septiembre de 2.008, los señores Dr. Xavier Drouet, Director Ejecutivo (E), y Sr. Iván Reyes, Técnico A, delegados del Consejo Nacional de Zonas Francas conjuntamente con el Sr. Fausto Benites, Gerente General de la empresa administradora ZOFRAGUA, nos constituimos en el lugar donde funciona dicha Zona Franca con el objeto de determinar el cumplimiento del avance de obras sobre las propuestas presentadas a las diferentes instituciones, así como la verificación de su funcionamiento.

### 1) ANTECENDENTES:

- Según el testimonio de la Escritura Pública, celebrada en Guayaquil el 3 de octubre del 2000, se ceden en Comodato a la empresa ZOFRAGUA S.A., 326.220 m² de terreno de propiedad de Autoridad Portuaria de Guayaquil.

- Mediante Decreto Ejecutivo No. 1955-B, publicado en el R.O. No. 439 del 24 de octubre de 2001, se otorga la autorización de concesión, operación y establecimiento de la empresa ZOFRAGUA S.A., en la ciudad de Guayaquil, provincia del Guayas, en la cual se instalarán empresas industriales, comerciales, turísticas y de servicios. Este mismo Decreto Ejecutivo, menciona en su Artículo 3 que la empresa deberá cumplir con las inversiones, cronogramas y plazos presentados en el estudio de factibilidad económica, debiendo el CONAZOFRA ejercer el control pertinente.

- Mediante Adendum del Contrato de Comodato que celebraron Autoridad Portuaria de Guayaquil con ZOFRAGUA con fecha 11 de enero de 2007, se adjunta el Presupuesto y Flujo de Trabajo de Obras de Infraestructura para la Construcción de la Zona Franca que considera tres etapas de desarrollo. Dicho cronograma tiene planificado un horizonte en el tiempo desde junio de 2007 hasta junio del 2010 para la finalización del 100% de la infraestructura.

- Después de ser acreedora a dos prórrogas de plazo para comenzar su operación y no haberlas cumplido dentro de lo establecido en las mismas, el Consejo Nacional de Zonas Francas reunido el 20 de marzo de 2008, resuelve otorgar un último plazo adicional (hasta el 30 de Septiembre de 2008) para cumplir con las inversiones, cronogramas y plazos presentados. De igual manera, se resuelve solicitar a la Dirección Ejecutiva un informe periódico acerca de los avances en las inversiones realizadas en ZOFRAGUA S.A. de acuerdo al cronograma presentado por la empresa.

- La Dirección Ejecutiva ha estado recibiendo informes periódicos de avance de obra por parte de la empresa administradora, con el objeto de cumplir con la resolución emitida por el Consejo Nacional de Zonas Francas.

### 2) COMPROMISOS DE INVERSIÓN

Los compromisos de inversión han sido segregados de acuerdo a lo que compete a cada institución o compromiso asumido por la empresa ZOFRAGUA S.A.



**PRESIDENCIA**
**DE LA REPUBLICA**

**CONAZOFRA**
**CONSEJO NACIONAL DE ZONAS FRANCAS**

a) **De acuerdo al Estudio de Factibilidad presentado al CONAZOFRA para concesionarse como zona franca**

De acuerdo al estudio de factibilidad presentado al CONAZOFRA, mediante el cual se sugirió al Presidente de la República de ese entonces concesionar a ZOFRAGUA como empresa administradora de zona franca, los compromisos fueron los siguientes (se incluye la inversión real a la fecha de referencia y el porcentaje de cumplimiento):

|  | Comprometido | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 7.305.239,00 | 5.735.390,15 | 79% |

Cabe destacar que estos compromisos corresponden al 2001, cuando la zona franca estaba a cargo de otra administración (Cámaras de la Producción de Guayaquil) por lo que el monto total de inversión anteriormente comprometido significa la totalidad de la construcción de la zona franca, en otras condiciones a las que actualmente se somete la empresa administradora (contratos de fondeo, administración nueva, venta accionaria hacia empresas panameñas, etc.). Es de precisar que el compromiso total de inversión del proyecto bajo la actual administración alcanza, en sus tres etapas, US $ 11.863.560,82.

b) **Con la Autoridad Portuaria**

El cronograma valorado presentado por Zofragua a la Autoridad Portuaria de Guayaquil en el Adendum del Contrato de Comodato, considera un período de ejecución de obra desde junio de 2007 hasta junio del 2010, cuyos trabajos se clasifican en 3 etapas. Los montos de inversión comprometidos con dicha institución son los que se detallan a continuación y cuyos avances han sido comprobados en esta visita:

| Etapa | Comprometido (USD) | Fecha de Compromiso | Real | % Cumplimiento |
|---|---|---|---|---|
| Primera | 4.955.097,67 | Junio 2.008 | 4.651.809,57 | 94% |
| Segunda | 4.127.985,60 | Junio 2.009 | 135.259,11 | 3% |
| Tercera | 2.780.477,55 | Junio 2.010 | 948.321,47 | 34% |
| TOTAL | 11.863.560,82 | | 5.735.390,15 | |

Se ha invertido un total de US $ 5.735.390,15 hasta la fecha, lo cual equivale al 116% del monto comprometido para la primera etapa.

c) **Con el CONAZOFRA**

Este cronograma fue conocido por la Dirección Ejecutiva del CONAZOFRA y sirvió como insumo para elaborar el Informe Ejecutivo No. 14 con el cual el Consejo, reunido el 20 de marzo de los corrientes, resolvió dar un último plazo (30 de septiembre) a la empresa administradora para que cumpla con las inversiones comprometidas.

En tal virtud, ZOFRAGUA ha venido presentando periódicamente a la Dirección Ejecutiva del CONAZOFRA cronogramas de avance de obras. Estos cronogramas tenían compromisos de inversiones versus el avance real de obra, con una fecha límite de hasta el 30 de septiembre (de conformidad con la resolución del CONAZOFRA citada anteriormente). La verificación de las obras ha sido elaborada de acuerdo al último cronograma presentado, que abarca el período del 01 de junio del 2007 al 24 de septiembre del 2008 (1 día antes de la inspección).

Dirección: Calle Robles E4-136 y Av. Amazonas, Edif. Proinco, Galión Pi...



**PRESIDENCIA
DE LA REPUBLICA**

3

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

| | Comprometido al 30 de septiembre de 2008 (USD) | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 5.583.097,58 | 5.735.390,15 | 103% |

**d)   De acuerdo al Contrato de Fondeo**

El 17 de agosto de 2007 se suscribe un contrato de fondeo entre el Fideicomiso CAR TRUST FINANCE (de nacionalidad panameña) como el "PRESTAMISTA", la compañía STOCK & FUND MANAGERS OVERSEAS LTD como la "PRESTATARIA" y el "FIDEICOMISO ZOFRAGUA" que comparece exclusivamente para los efectos de recepción de los recursos que se comprometen en este convenio.

Dicho contrato de fondeo también fue conocido por el CONAZOFRA. En la cláusula tercera de este documento el PRESTAMISTA se compromete, actual e incondicionalmente a conseguir recursos financieros y con ellos financiar el desarrollo del proyecto de construcción de la Zona Franca de Guayaquil, hasta por la suma equivalente a US $ 5.500.000,00. Es por esto que con relación a este contrato de fondeo y después de verificar las obras de infraestructura en la zona franca se pueden obtener los siguientes resultados:

| | Comprometido (USD) | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 5.500.000,00 | 5.735.390,15 | 104% |

**3) OBRAS PENDIENTES VERIFICADAS**

Estas obras pendientes han sido verificadas de acuerdo a informes de instituciones, empresas o personas que han realizado auditorías del avance de la construcción de la zona franca, cuyos respaldos han sido dados a conocer en el CONAZOFRA.

**a)   De acuerdo al Informe Mensual de Fiscalización de Contratos de Comodatos de la Autoridad Portuaria, de 27 de diciembre de 2007.**

| Rubro | Realizadas | | Explicación / Justificación |
|---|---|---|---|
| | Si | No | |
| Parte de los bordillos cuneta y bordillos parterre | X | | |
| Parte de las cajas domiciliarias y de revisión | X | | |
| Cisterna, bomba, instalación de medidores | X | | |
| Parte del suministro e instalación de válvulas | X | | |
| Instalaciones eléctricas | | X | Las instalaciones eléctricas están retrasadas debido a que la empresa administradora solicitó la autorización al CONAZOFRA para ingresar materiales para la adecuación de una subestación eléctrica, alumbrado público y cableado subterráneo. |

Scanned by CamScanner



**PRESIDENCIA
DE LA REPUBLICA**



4

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

b) De acuerdo al Oficio Z-01-11-2007 del Arq. Carlos Rodríguez de fecha 5 de noviembre de 2007, en el cual se hace un informe sobre los avances de obras efectuados en Zofragua por la empresa Constructora Valero a petición del Oficial de negocios de Trust Fiduciaria S.A., Sra. María Fernanda Enderica

| Rubro | Realizadas | | Explicación / Justificación |
|---|---|---|---|
| | Si | No | |
| Bordillos cuneta | X | | |
| Cajas domiciliarias | X | | |
| Pruebas y desinfección de tuberías de AA.PP. | X | | |
| Aceras | X | | |
| Resanes y limpieza, pruebas eléctrica, AA sanitarias | X | | |

Dirección: Calle Robles E4-136 y Av. Amazonas, Edif. ......

Scanned by CamScanner



**PRESIDENCIA DE LA REPUBLICA**

**CONAZOFRA**
**CONSEJO NACIONAL DE ZONAS FRANCAS**

c) De acuerdo al Cronograma de Avance de Obras presentado al CONAZOFRA planificado hasta el 31 de septiembre de 2008 y con corte al 24 de septiembre de 2008.

| Rubro | Comprometido | Real | % Cumplimiento | Explicación / Justificación |
|---|---|---|---|---|
| Preliminares | 167.003,04 | 173.481 | 104% | |
| Movimiento de tierra Fase I | 1.081.021,22 | 1.081.021,22 | 100% | |
| Movimiento de tierra Fase II | | | | |
| Pavimento Fase I | 705.022,20 | 502.132,17 | 71% | No se llevó a cabo ya que esta obra fue ejecutada en la primera etapa. No se ha finalizado el pavimento en la entrada de la zona franca debido a que se está esperando la pavimentación de la Calle P, a cargo de la Autoridad Portuaria, para después empatar las dos obras a la misma altura. |
| Suministro e instalación de tuberías para aguas servidas | 24.622,65 | 24.622,65 | 100% | |
| Sistema de tratamiento en 3era etapa | -------- | -------- | -------- | Este rubro fue reclasificado en "planta de tratamiento" cuyo monto se puede evidenciar posteriormente |
| Suministro e instalación de tubería para agua potable | 105.626,66 | 105.626,66 | 100% | |
| Suministro e instalación de válvulas | 49.822,48 | 49.822,48 | 100% | |
| Suministro de instalación de taponers, reductores, tees, cruces y codos de PVC | 7.613,64 | 7.613,64 | 100% | |
| Suministro e instalación de tuberías de HS y A para aguas lluvias | 98.457,53 | 98.457,53 | 100% | El muro de ala no se construyó porque no justifica todavía su creación. Será necesario cuando se tenga el canal de aguas lluvias en la tercera etapa. |
| Canal de aguas lluvias este | 116.331,54 | -------- | -------- | No son necesarias al momento. Están previstos para la segunda y tercera etapa. |
| Canal de aguas lluvias sur | -------- | -------- | -------- | Esta obra no se va a realizar debido a que se prevé construir un canal en vez de este ducto de cajón (por temas de costos). |
| Ducto cajón de aguas lluvias | -------- | -------- | -------- | Este cerramiento ya estaba construido por parte de las instalaciones vecinas a ZOFRAGUA, es decir, la APG y una empresa carrocera. |
| Tratamiento este H=3,00 – LONG=695 ML | -------- | -------- | -------- | |
| Tratamiento sur H=3,00 – LONG=404 M | 13.348,16 | 13.348,16 | 100% | |
| Tratamiento de tubo y malla | -------- | -------- | -------- | Este rubro fue reclasificado en "subestación eléctrica, cableado de baja tensión, alumbrado público, cerramiento y bases y cableado central" cuyo monto se puede evidenciar posteriormente. |
| Instalación eléctrica primera etapa | 287.589,06 | -------- | -------- | |

Scanned by CamScanner

**PRESIDENCIA DE LA REPUBLICA**



**CONAZOFRA**
**CONSEJO NACIONAL DE ZONAS FRANCAS**

| Descripción | | | % | Observaciones |
|---|---|---|---|---|
| Instalación eléctrica segunda y tercera etapa | 558.714,08 | | 35% | Está considerada para la segunda y tercera etapa. |
| Área Verde | 118.236,70 | 41.382,38 | 35% | Se está esperando a tener disponibilidad de agua ya que de implantar el área verdes antes causará la muerte de las plantas. El agua será provista por Interagua en la segunda quincena de octubre de 2008, tentativamente |
| Sistema de riego para área verde | 37.083,60 | 30.908,60 | 83% | Se está esperando el ingreso del área verde. Lo que falta son partes pequeñas que de instalarse al momento serían fáciles de robar o perder. |
| Reconstrucción de edificios existentes | 85.000 | 85.000 | 100% | |
| Movimiento de tierra inicial: relleno compactado (con otra empresa constructora: Compañía General de Construcciones) | 1.504.016,00 | 1.504.016,00 | 100% | |
| SUB-TOTAL | 4.959.513,65 | 3.717.432,99 | 75% | |
| | | Rubros Ejecutados que no están dentro del presupuesto original | | |
| Diferencia en costo de reconstrucción de edificio existente | 231.091,79 | 231.091,79 | 100% | |
| Construcción del galpón modelo | 247.114,27 | 247.114,27 | 100% | |
| Edificio oficinas C.A.E. | 47.054,61 | 37.643,69 | 80% | Sólo faltan los acabados como el porcelanato, tumbado y pintura. Prevén tener finalizada esta obra la próxima semana. |
| Operaciones y seguridad y cerramiento Calle P | 124.748,91 | 124.748,91 | 100% | |
| Seguridad Electrónica | 106.117,68 | 45.479,01 | 43% | La seguridad electrónica está demorada debido a que tiene que hacerse de una manera paralela con el cableado subterráneo (en el caso del cableado CONAZOFRA) para ingresar estos materiales. |
| Balanza concertina y Cerco eléctrico | 49.038,34 | 39.222,67 | 80% | Se la está instalando, sólo faltan las últimas adecuaciones de emparejado. |
| | 38.331,44 | 25.554,29 | 67% | El proveedor de la concertina se ha demorado debido a falta de disponibilidad de materia prima. |
| ubicación eléctrica, cableado baja tensión, alumbrado público, cerramiento y bases, alumbrado general | 367.043,90 | 183.521,95 | 50% | La empresa administradora solicitó la autorización al CONAZOFRA para ingresar estos materiales, cuya resolución favorable fue otorgada el 15 de septiembre de 2008. |
| Planta de tratamiento | 360.690,97 | 135.259,11 | 38% | Al momento no es necesaria. Se prevé para la segunda etapa. |
| Movimiento de tierra realizado en tercera etapa | 948.321,47 | 948.321,47 | 100% | |
| SUB-TOTAL | 2.519.543,38 | 2.013.957,16 | 80% | |
| TOTAL PRESUPUESTADO | 7.479.057,03 | 5.735.390,15 | 77% | |
| TOTAL COMPROMETIDO CONAZOFRA | 5.583.097,58 | 5.735.390,15 | 103% | |

7





**PRESIDENCIA
DE LA REPUBLICA**



7

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

**4) CONSIDERACIONES FINALES**

Cabe resaltar que los funcionarios del CONAZOFRA han cuantificado los valores de inversión, de conformidad con los datos entregados por la Constructora Valero, empresa encargada de la construcción de la zona franca, y a la verificación del avance de obra in situ. Por lo antes indicado, se verifica que la inversión realizada total asciende a US $ 5.735.390,15.

Para constancia de lo actuado firmamos en unidad de criterio al pie de la presente.

Dr. Xavier Drouet
**Director Ejecutivo (E) del CONAZOFRA**

Sr. Iván Reyes
**Delegado del CONAZOFRA**

Sr. Fausto Benites
**Gerente de la Empresa Administradora**

" EXHIBIT C"

# ESTUDIO JURIDICO PLAZA VERDUGA & PLAZA S.A.

FUNDADO EN EL AÑO 1969

## CONTRATO DE PRESTACIÓN DE SERVICIOS PROFESIONALES.

En la ciudad de Guayaquil, a los doce días del mes de Abril del año dos mil doce, se celebra el siguiente **CONTRATO DE PRESTACION DE SERVICIOS PROFESIONALES**, entre, por una parte: La compañía **STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA,** representada por su Presidente, y en tal virtud, APODERADO GENERALÍSIMO, el Señor **FERNANDO ERNESTO MARCH GAME**, portador de la cédula de identidad y ciudadanía **No. 0907830632**, conforme lo justifica con el nombramiento que en copia certificada se anexa al presente Contrato -*compañía que a su vez es la principal accionista de la persona jurídica ZOFRAGUA S.A.-* A la que en adelante se las podrá llamar "La Contratante"; y, por otra parte, el señor **DR. LEONIDAS EFRAÍN PLAZA VERDUGA,** Abogado, Matrícula #632 del Colegio de Abogados del Guayas; y, Registro #09-1969-2 del Foro de Abogados del Guayas, a quien en adelante se lo podrá llamar "El Contratado", al tenor de las siguientes cláusulas:

PRIMERA: PROPUESTA Y ACEPTACION.- "La Contratante" tienen a bien contratar al **DR. LEONIDAS EFRAÍN PLAZA VERDUGA**, para que profesionalmente, en su calidad de Abogado, asuma la defensa jurídica de la compañía administradora de Zona Franca, denominada ZOFRAGUA S.A., en la que la compañía, **STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA,** es la mayor accionista; defensa jurídica que tiene que ver con todas las acciones administrativas, civiles, penales; y, arbitraje y mediación o de cualquier otra índole que pudiere iniciar ZOFRAGUA S.A., en defensa de sus derechos; o en acciones similares a las antes descritas, que pudieren iniciarse contra la antes mencionada persona jurídica –ZOFRAGUA S.A.-

Garcia Moreno No. 913 y Av. 9 de Octubre • Telfs.: 2322596 - 2322597 • Fax: (593-4) 2324668 • Casilla de Correo: 09-01-4719
plazaverduga@hotmail.com
Guayaquil - Ecuador

Entre las acciones a las que se viene haciendo mención, se encuentra el trámite administrativo que en los actuales momentos ha iniciado la Autoridad Portuaria de Guayaquil, contra la compañía administradora de Zona Franca, denominada ZOFRAGUA S.A.; y las acciones judiciales, administrativas; y, de arbitraje y mediación, o cualquier otra de similar índole, que debe iniciar ZOFRAGUA S.A., para defender sus derechos e intereses, evitando de esa manera que la Autoridad Portuaria de Guayaquil le cause daños y perjuicios. El **DR. LEONIDAS EFRAÍN PLAZA VERDUGA**, acepta el encargo que se le solicita.

SEGUNDA: CONTRATO Y PAGO DE HONORARIOS PROFESIONALES.- En virtud de lo anterior "La Contratante", en efecto, contrata los servicios profesionales del **DR. LEONIDAS EFRAÍN PLAZA VERDUGA**, para la gestión establecida en la cláusula anterior y de mutuo acuerdo, los contratantes convienen en que los honorarios profesionales que deberá percibir el **DR. LEONIDAS EFRAÍN PLAZA VERDUGA**, por el trabajo que se le encomienda, será:

1.- Al inicio de la gestión, es decir, a la firma de este contrato, la suma de TREINTA MIL 00/100 DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA (US$30.000,oo).

2.- El 50% de lo que la AUTORIDAD PORTUARIA DE GUAYAQUIL, le pague a ZOFRAGUA S.A., por los daños y perjuicios causados derivados de las Resoluciones No.PD-012-2012, de fecha 20 de marzo del 2012, emitida por el Directorio de la Autoridad Portuaria de Guayaquil; y, G-028-2012 de fecha 23 de Marzo del 2012 que fueron notificadas a ZOFRAGUA S.A., el día 26 de Marzo del 2012 mediante Oficio No. APG-G-2012-000317-O, suscrito por el Ab. Juan Carlos Jairala Reyes, Gerente de la Autoridad Portuaria de Guayaquil; y cualquier otra Resolución que tenga que ver, o se derive de las antes mencionadas Resoluciones; o, el 50% de lo que

# ESTUDIO JURIDICO PLAZA VERDUGA & PLAZA S.A.

FUNDADO EN EL AÑO 1969

No.2/...

la Autoridad Portuaria de Guayaquil, le restituya a ZOFRAGUA S.A., en pago por los bienes inmuebles, y demás bienes por adherencia y mejoras realizadas por ZOFRAGUA S.A. en los terrenos de propiedad de la Autoridad Portuaria de Guayaquil, en el tiempo en que estuvo vigente el Contrato de Comodato que se otorgó el día 03 de Octubre del 2001 en la Notaría Décimo Segunda del cantón Guayaquil, el mismo que fue inscrito en el Registro de la Propiedad de Guayaquil, el día 12 de Noviembre del 2001.

CLÁUSULA TERCERA.- ACUERDOS JUDICIALES Y EXTRAJUDICIALES.- Queda plenamente acordado y establecido que para el caso de que "La Contratante", por su propia cuenta, llegue a un acuerdo judicial o extrajudicial con la Autoridad Portuaria de Guayaquil, que ponga término a las diferencias mencionadas en las cláusulas anteriores, que mediante este Contrato se está encargando al patrocinio profesional del Dr. Leonidas Plaza Verduga; "La Contratante" se compromete a pagar al **DR. LEONIDAS PLAZA VERDUGA**, la totalidad de los honorarios profesionales pactados en el presente Contrato, acorde a la fórmula establecida en la Cláusula Segunda, ordinal 2.

CUARTA.- GASTOS.- Queda perfectamente convenido que todos los gastos, que sean necesarios para el inicio de la acción o trámite de arbitraje, corren de cuenta de "La Contratante", es decir, que ella asumirán los costos del trámite del arbitraje que se debe realizar en el Centro de Arbitraje y Mediación de la Cámara de Comercio de Guayaquil.

Los demás gastos que genere cualquiera de los trámites a los que se hace referencia en la presente contratación, se los dividirá en partes iguales entre "La Contratante" y "El Contratado", o sea que, dichos gastos, le corresponderá cubrirlos, el 50% a cada una de las partes que intervienen en la presente contratación.

García Moreno No. 913 y Av. 9 de Octubre · Telfs.: 2322596 - 2322597 · Fax: (593-4) 2324668 · Casilla de Correo: 09-01-4719
plazaverduga@hotmail.com
Guayaquil - Ecuador

QUINTA: JURISDICCIÓN Y COMPETENCIA.- Para el caso de existir algún hipotético reclamo resultante de la aplicación de este Convenio, las partes se someten a la competencia de uno de los Jueces de lo Civil y Mercantil de la ciudad de Guayaquil, Provincia del Guayas, y a la vía Verbal Sumaria.

Para constancia de lo anterior, las partes firman el presente CONTRATO, en original y una copia de igual contenido.

"LA CONTRATANTE":

STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA
FERNANDO ERNESTO MARCH GAME
C.I. 0907830632

"EL CONTRATADO":

DR. LEONIDAS PLAZA VERDUGA
Abogado
Mat. # 632 C.G.
Foro de Abogados-Guayas #09-1969-2

Agregue Usted, Señor Notario, las demás cláusulas de estilo, para la plena validez de esta Escritura.- **(FIRMA ILEGIBLE)** **ABOGADO LEONIDAS PLAZA VERDUGA CON MATRICULA NÚMERO CERO NUEVE-UNO NUEVE SEIS NUEVE-DOS DEL FORO DE ABOGADOS DEL GUAYAS.- HASTA AQUÍ LA MINUTA QUE YO EL NOTARIO ELEVO A ESCRITURA PÚBLICA PARA QUE SURTA LOS EFECTOS DE LEY.-** Leída que fue por mí el Notario, en alta y clara voz a la otorgante, ésta se ratifica y la firma en unidad de acto conmigo el Notario de todo lo cual DOY FE.-

**p.- LA COMPAÑÍA ZOFRAGUA S.A.**

**PODERDANTE**

**R.U.C. # 0992147032001**

**URSULA SELENA BOADA GUAVO**

**GERENTE GENERAL**

**C.C. # 090668400-6**

C.V. # 287-0002

Notario Vigésimo Quinto de Guayaquil (E)

"EXHIBIT D"



Date: May 2nd, 2019

## <u>CONTRATO DE CESION DE ACCIONES</u>

El suscrito, Fernando Ernesto March Game, quien es mayor de edad, casado una vez, ingeniero comercial, ecuatoriano, vecino de Miami, Florida, USA, con pasaporte de su país número cero nueve cero siete ocho tres cero seis tres dos, en adelante y para efectos del presente contrato denominado como CEDENTE, y el señor Seyed M. Moghani, residente de Florida, ciudadano de los Estados Unidos de América, en lo sucesivo denominado como CESIONARIO, hemos convenido en el presente contrato de cesión, endoso y traspaso de acciones, el cual se regirá por las siguientes estipulaciones:

1) Por ser interés de las partes y por entero valor recibido, por medio del presente contrato el CEDENTE cede y traspasa el CIEN POR CIENTO de sus acciones comunes y nominativas siendo el único accionista al CESIONARIO por lo que el CESIONARIO es dueño del CIEN POR CIENTO de las acciones de la sociedad denominada S&F MANAGERS OVERSEAS SOCIEDAD ANONIMA cedula jurídica número tres -ciento uno- seis tres dos nueve cero seis (3-101-632906).

2) Las partes autorizan al CESIONARIO para que proceda a dejar el asiento correspondiente en los libros legales inscritos ante la Oficina de Legalización de Libros de la Dirección General de la Tributación Directa, así como a emitir los certificados correspondientes que reflejen la nueva distribución del capital social.

Fernando Ernesto March Game

Seyed M. Moghani

My 2-2019




