" EXHIBIT A"



Guayaquil, 5 de Junio de 2002

**SEÑOR
ALFREDO JURADO V.
GERENTE DE AUTORIDAD PORTUARIA DE GUAYAQUIL
CIUDAD.-**

De mis consideraciones:

Con mi cordial saludo, me permito dirigir a usted y por su digno intermedio ante quien corresponda, con el propósito de solicitarle de manera expresa y urgente se autorice de manera permanente a la Compañía General De Construcciones S. A. para que de inicio a la obra civil de la Zona Franca Del Guayas en los terrenos que nos fueron entregados legalmente en comodato.

La mencionada compañía constructora previa selección ha sido adjudicataria de la mencionada obra.

Reiterándole mis sentimientos de mi alta consideración y estima.

Atentamente

**SANDRO COGLITORE CASTILLO
GERENTE GENERAL
ZOFRAGUA S. A.**

Copia para: Presidente A. P. G.
            Presidente ZOFRAGUA S. A.
            Gerente General Compañía General de Construcciones S. A.

Guayaquil, Noviembre 28 del 2002

202 NOV 28 PM 4: 43

RECIBIDO POR

Señor
Dr. Raúl Gómez Ordeñana
Gerente AUTORIDAD PORTUARIA DE GUAYAQUIL
Ciudad.-

**Asunto: Iniciación de los trabajos de excavación, relleno y compactación de terrenos de    Zona Franca del Guayas**

De nuestras consideraciones:

Por la presente cumplo con informarle que ya se están realizando los trabajos de excavación, relleno y compactación de los terrenos cedidos en comodato por Autoridad Portuaria de Guayaquil, para la Zona Franca del Guayas.

Dichos trabajos los está realizando la empresa Compañía General de Construcciones, para lo cual se ha designado como Fiscalizador de la Obra al Ing. Enrique Lullini, el cual junto con un ayudante verificarán los trabajos que realizará la empresa antes mencionada.

Agradeceré designar a una persona del Departamento Técnico de Autoridad Portuaria de Guayaquil la misma que deberá coordinar con el Ing. Enrique Lullini las obras en ejecución.

Muy Atentamente,

Ing. Hans Collin M.
Gerente General ZOFRAGUA S.A.

HC/af

c.c. archivo AUTORIDAD PORTUARIA

Case 1:19-cv-22281-BB Document 1 Entered on FLSD Docket 06/04/2019 Page 11 of 39



**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1958

| | |
|---|---|
| PBX: | 480120 |
| FAX: | 593 – 4 – 483748 |
| CASILLA: | 09-01-5739 |
| PUERTO | MARITIMO |
| GUAYAQUIL - ECUADOR |  |
| AMERICA | DEL   SUR |

EL PROGRESO LLEGA A BUEN PUERTO,   EL PUERTO CONFIABLE DE GUAYAQUIL

Guayaquil, 04 de diciembre del 2002

P-098-2002

Señor Ingeniero
**Hans Collin Morales**
**GERENTE GENERAL**
**ZOFRAGUA S.A.**
Ciudad

De mis consideraciones:

En respuesta a su atento oficio de fecha 28 de noviembre del presente año, tengo el agrado de informarle que el Directorio de la entidad en sesión ordinaria celebrada el día 03 de los corrientes, resolvió designar como contraparte por APG, al Jefe del Departamento de Ingeniería de la entidad, Ing. Alex Villacrés Sánchez, con el apoyo del Arq. Víctor Lituma Vera del mismo departamento, fiscalizador de los trabajos que se realizarán en los terrenos entregados en comodato a ZOFRAGUA S.A.

Muy atentamente,

**AB. RAÚL GÓMEZ ORDEÑANA**
**PRESIDENTE DEL DIRECTORIO**

avp

Copia: Archivo

RECIBIDO
3 - DIC 2002
ZOFRAGUA S.A.
17:31 pm

Scanned by CamScanner



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

PBX 480120 - FAX 483748
Casilla: 09-01-5739
Via Puerto Marítimo
Guayaquil - Ecuador
Sud - América

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

DING 3885        09 DIC 2002

SR. ING.
HANS COLLIN M.
GERENTE GENERAL DE
ZOFRAGUA S.A.
CIUDAD

Ref. Oficio de noviembre 08 del 2002.

De mis consideraciones:

Mediante comunicación interna G-807-02 del 4 de diciembre/02, he sido notificado por el Gerente de nuestra Entidad, Señor Alfredo Jurado Von Buchwald, que el Directorio de APG ha resuelto designarme como contraparte en la coordinación de los trabajos que ZOFRAGUA realizará en los terrenos de Zona Franca del Guayas.

Por lo expresado, procederé a partir de hoy a la mencionada coordinación con el Fiscalizador de la obra, el Ing. Enrique Lullini. Para efectos de una ágil y oportuna comunicación, hago de vuestro conocimiento mis números de teléfono y direcciones de correo electrónico:

Autoridad Portuaria de Guayaquil 480120, ext. 302 y 303
Celular : 099610180
E-mail APG : alexvillacres@puertodeguayaquil.com
E-mail personal : alexv@ucsg.edu.ec.

Atentamente,

ING. ALEX VILLACRÉS SÁNCHEZ
JEFE DEPARTAMENTO DE INGENIERÍA

ndez/.

Copias:  Presidencia, Gerencia
         Cont. Gestión, Ing. Enrique Lullini
         Unidad de Secretaría General
         Archivo



**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1966

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

Guayaquil,   22 JUL 2003      12:05
UCG-   2162

**Señores**
**ZOFRAGUA**
**Ciudad.-**

**De mis consideraciones:**

De acuerdo a la Resolución del Directorio efectuada el día  **17 de Junio de 2003**, en la que se aprueba la Ampliación del plazo de ejecución de trabajos, solicitamos se nos remita el cronograma actualizado con los respectivos valores, que se incorporarán en la Minuta de Comodato.

**Atentamente,**

**CPFG-SP JORGE FIERRO LUNA**
**GERENTE**

**JBR/VOT**

**Copias.**  **Unidad Secretaría General**
**Asesoría Jurídica**
**Analista Técnico**
**Archivo.**



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

---

**EL PROGRESO LLEGA A BUEN PUERTO, PUERTO CONFIABLE DE GUAYAQUIL**

Guayaquil, 22/FEB/2006
UAJ-000629

Señora Ingeniera
**Narcisa Fabre**
**Zofragua S. A. Zona Franca de Guayaquil**
Ciudad.-

De nuestras consideraciones:

Acuso Recibo de su Oficio de fecha 2 de febrero del 2006, ingresado a la Unidad de Secretaria General de la entidad el 6 del mismo mes y año, mediante el cual nos solicita se remita una copia del acta en que Autoridad Portuaria de Guayaquil, resuelve aprobar la ampliación del plazo del comodato a favor de Zofragua S. A. ante lo cual expongo lo siguiente:

Adjunto encontrará una copia de la Resolución adoptada por el Directorio de la entidad en sesión del 16 de noviembre del 2005, que guarda relación con la suscripción del addendum correspondiente para ampliar el plazo del contrato de comodato con Zofragua hasta el 31 de diciembre del 2006.

Reitero mis sentimientos de consideración y estima.

Atentamente,

**VALM. TIMOSHENKO GUERRERO R.**
**GERENTE (E)**

PVL/SMP

CC Unidad de Secretaría General
Archivo



---

Portal: www.puertodeguayaquil.com - Dirección: Ave. 25 de Julio – Vía Puerto Marítimo
PBX: 2480120, 2480083  Fax: 593 – 04 – 2484728 – Casilla: 09 – 01 – 5739
Guayaquil – Ecuador – América del Sur

Scanned by CamScanner

Case 1:19-cv-22281-BB   Document 1-3   Entered on FLSD Docket 06/04/2019   Page 8 of 35



**ZOFRAGUA ZONA FRANCA DEL DESARROLLO**

Guayaquil, 28 de noviembre del 2006

Señor Almirante
FERNANDO DONOSO MORAN
PRESIDENTE DEL DIRECTORIO DE
AUTORIDAD PORTUARIA DE GUAYAQUIL,
Ciudad

De nuestras consideraciones:

Nos es grato dirigirnos a usted y por su intermedio al Directorio de su digna presidencia para comunicarle que con fecha 30 de octubre del 2006 entre Zofragua S. A, S & F MANAGERS OVERSEAS LTD. Y CAR TRUST FINANCE, se ha suscrito un Acuerdo de Intención mediante el cual se definen los términos de financiamiento y seguridad de cumplimiento del desarrollo de la Zona Franca que administra Zofragua S.A.

Como es de conocimiento de ustedes el proyecto Zofragua ha sufrido un severo atraso en su ejecución debido tanto a la falta de financiamiento para su construcción, como, al atraso en las obras complementarias de la construcción de la calle "gp", cerramiento del predio como medida de seguridad y la adecuación y desvío del canal de aguas que atraviesa el predio cedido en comodato, cuyas ejecuciones han sido compromiso de Autoridad Portuaria de Guayaquil.

Sumado a la falta de recursos para financiar la construcción y al atraso de las obras complementarias se ha debido lidiar con aspectos de inseguridad jurídica presentes en nuestro país por lo cual, en el transcurso del tiempo varias propuestas de inversionistas nacionales y extranjeros para financiar y desarrollar el proyecto han sufrido deserción. En ésta oportunidad las empresas de inversión S & F MANAGERS OVERSEAS LTD. Y CAR TRUST FINANCE de nacionalidad Panameña, con quienes hemos dado el primer paso al suscribir un Acuerdo de Intención para la construcción de la obra, han requerido que solicitemos ante el Directorio de la Autoridad Portuaria de Guayaquil, la implementación de mínimas garantías previas a fondear el proyecto. Por estas razones, de manera formal solicitamos a usted y por su digno intermedio al Directorio de Autoridad Portuaria de Guayaquil que se sirvan emitir las siguientes resoluciones:

ZOFRAGUA S.A.A. Zona Franca del Guayas
Av.: 25 de Julio un intersección Av. Cacique Tomalá y Calle "E", vía al Puerto Marítimo



1.-   La ampliación del plazo de ejecución de obras hasta  el  31 de diciembre del 2008,  fecha en la cual se deben estar realizando operaciones de comercio exterior en la Zona Franca, de acuerdo al Cronograma Valorado de Obras, comprometido por los inversionistas  que contempla la construcción del proyecto en tres etapas debiendo concluir la construcción  de la  primera etapa de 10,32 hectáreas en julio/07, la segunda etapa de   10.44 hectáreas en julio/08 y  la tercera etapa de 11,54 hectáreas en julio/09, tal como aparece detallado en el Cronograma  cuya  copia física se adjunta al igual que su presentación en medio magnético.

2.-   La Reforma al Convenio de Comodato suscrito  el 3 de Octubre del 2001 entre la Autoridad Portuaria de Guayaquil  y  Zofragua S. A., cuya implementación solicitada   contiene las mínimas condiciones de estabilidad que garantizan por lo menos el resarcimiento de la inversión.  Para este efecto nos permitimos adjuntar el texto con las reformas sugeridas por los inversionistas  que  sea  sometida a discusión  y  consideración del Directorio de  la Autoridad Portuaria de Guayaquil.

De requerirse por parte   del Directorio  la ampliación y explicación de los detalles sobre  la construcción de la obra  y sobre la  fundamentación de las Reformas al Comodato, el Consorcio de Inversionistas  pone a disposición una presentación  directa  y personalizada de los varios aspectos  que involucran la negociación y  desarrollo de la Zona Franca.

En la seguridad de la atención prioritaria que estamos seguros se dará a la presente  solicitud, anticipamos nuestro agradecimiento, a la vez; que aprovechamos ésta oportunidad para reiterarle nuestros sentimientos de alta consideración y estima.

Muy atentamente,

Ing. César Rolón Hervas
PRESIDENTE

Ing. José Centeno Abad
GERENTE GENERAL



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

---

### EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

Guayaquil, 15 de diciembre de 2006
UCD-005667

Señores
**Ing. César Rohón Hervas, Presidente**
**Ing. José Centeno Abad, Gerente General**
**ZOFRAGUA S.A.**
Ciudad

De mis consideraciones:

Cumplo en informar a ustedes que, de conformidad con lo resuelto por el Directorio en sesión celebrada el día 13 de diciembre del presente año, conocido vuestro oficio del 28 de noviembre de 2006 dirigido al Presidente del Directorio de APG, se resolvió prorrogar el plazo de ejecución de obras en el terreno entregado en comodato hasta el 31 de diciembre de 2008.

Este Directorio también resolvió que por lo menos el 50% de la primera etapa del cronograma valorado de obras deberá estar ejecutado hasta el 31 de diciembre de 2007, para mantener la prórroga de plazo antes mencionada.

Está pendiente la presentación del informe legal de la Unidad de Asesoría Jurídica, respecto a las reformas al contrato presentado en su comunicación; así como el informe del Analista Técnico que se encuentra revisando el cronograma valorado de obras en las tres etapas.

Hago propicia esta oportunidad para reiterarles los sentimientos de mi distinguida consideración y estima.

Muy atentamente,

**LUIS I. TORRES CHECA**
**GERENTE-SECRETARIO**



FFC/avp

Cc: Presidencia
        Unidad de Secretaría General
        Archivo

Scanned by CamScanner



**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1958

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

# COMUNICACIÓN INTERNA

DE: JEFE DEPARTAMENTO TECNICO (E)   No: DTEC-1314-2007

PARA: GERENTE   FECHA: 27–DIC- 2007
       JEFE U. CONTROL GESTION

ASUNTO:  INFORME MENSUAL DE FISCALIZACIÓN DE CONTRATOS DE
         COMODATOS.

REF:   a) UCG-456-2007 y UCG-481-2007
       b) Oficio s/n de Gerente General de Zofragua (6 de diciembre del 2007)

En atención a la disposición en las comunicaciones de la referencia, se presenta el
informe mensual de Fiscalización correspondiente al mes noviembre, de los siguientes
Contratos de Comodato:

## 1.- ZOFRAGUA

### DATOS DEL COMODATO

Firma de Contrato de Comodato:  3 de octubre del 2001
Comodante:  APG
Comodatario:  Sociedad Mercantil Zofragua S.A.
Área de Terreno:  326.220,00 m2
Plazo:  50 años

**Linderos**

Norte:  Calle Cacique Tómala con 522,98 m
Sur:  Calle H con 465,09 metros
Este:  Calle Eloy Alfaro y terrenos Exp. Noboa con 735,34 m
Oeste:  Prolongación de la calle P con 140,10 m ÷571,51 ÷ 43,30 m
Perímetro:  2479 metros.

1

E-mail: www.puertodeguayaquil.com - Dirección: Avc. 25 de Julio – Vía Puerto Marítimo
PBX: 2480120  2480002  Fax: 593  04  2450772

Scanned by CamScanner



**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1958

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

## Antecedentes

- Con Fecha 3 de octubre del 2001, fue firmado el comodato entre Zofragua y APG en el cual se cedían 326.220 m2. De acuerdo al contrato de comodato en su **cláusula sexta:- PROGRAMA DE INVERSIÓN Y DE EJECUCIÓN:** el cronograma de actividades de inversiones debió iniciarse a partir de la suscripción del mencionado comodato y su plazo de 24 de meses con un valor no menor a $ 7´000.000,00.

- Con fecha 13 de diciembre del 2005 se firma un ademdum al contrato de comodato en mención, con el objeto de ampliar el plazo establecido en la cláusula sexta del documento antes mencionado; trasladando el término de las actividades de ejecución de obra para el 31 de diciembre del 2006.

- Mediante oficio s/n del 28 de noviembre del 2006 el Presidente y Gerente de Zofragua Ing. Cesar Rhon Hervas e Ing. José Centeno Abad respectivamente solicitan al Presidente del Directorio de APG de esa fecha Almirante Fernando Donoso Moran, entre los puntos más importantes la ampliación del Plazo de ejecución de obras hasta el 31 de diciembre del 2008.

- Mediante resolución PD-353-2006 del 13 de diciembre de ese año el Directorio de APG resolvió autorizar al Gerente la suscripción del Ademdum correspondiente para ampliar el plazo del contrato de comodato hasta el 31 de diciembre del 2008, condicionado que hasta el 31 de diciembre del 2007 se cumpla al menos con el 50% de las obras planificadas para la primera etapa.

Inversión estimada en Primera Etapa: USD. $. 5´583,097.58

50% de Inversión en Primera Etapa:   USD. $. 2´791,548.79

**CRONOGRAMA VALORADO.-**

El cronograma valorado presentado por Zofragua, considera un período de ejecución desde el 01 de agosto de 2007 hasta el 31 de diciembre de 2008, y los trabajos se clasifican en 3 etapas, cuyos montos de inversión se detallan a continuación:

1.- Primera Etapa:

| | |
|---|---|
| Inicio de Trabajos: | 01 de agosto de 2007 |
| Término de trabajos: | 31 de diciembre de 2007 |
| Extensión: | 10.32 Has. |
| Inversión: | USD. $. 5´583,097.58 |

2

Scanned by CamScanner



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

2.- Segunda Etapa:

| | |
|---|---|
| Inicio de Trabajos: | 01 de enero de 2008 |
| Término de trabajos: | 30 de junio de 2008 |
| Extensión: | 10.44 Has. |
| Inversión: | USD. $ 4'171,620.35 |

3.- Tercera Etapa:

| | |
|---|---|
| Inicio de Trabajos: | 01 de julio de 2008 |
| Término de trabajos: | 31 de diciembre de 2008 |
| Extensión: | 11.54 Has. |
| Inversión: | USD. $. 2'109,242.95 |

## INFORME TECNICO DE LA INSPECCION REALIZADA.-

Vale indicar, que Zofragua ha entregado los planos Arquitectónicos con énfasis en la Regeneración Urbana y los diseños definitivos del Sistema de Agua Potable, Aguas Servidas, Aguas Lluvias, Instalaciones Eléctricas, Telecomunicaciones y Seguridad.

En la reunión de trabajo sostenida en las oficinas de Zofragua (Ex Comisariato de los Trabajadores de APG) con el Arquitecto Edgar Armijos G-R e Ing. Claudio Luque, responsables técnicos de Constructora Valero, que es la compañía responsable de la ejecución de los trabajos para el desarrollo de la Zona Franca y de la inspección realizada el Miércoles 12 de Diciembre del 2007, se constató lo siguiente:

### 1.- Primera Etapa.

Los trabajos se iniciaron en Agosto de 2007 y se han desarrollado las siguientes actividades de obra, que se detallan a continuación:

- Remodelación y acondicionamiento del Edificio del Ex Comisariato de Empleados de APG para el funcionamiento de las oficinas de Zofragua, que se encuentra concluido. Los trabajos ejecutados son: construcción de cisterna y pozo séptico, acometida eléctrica independiente, aire acondicionado central y demás instalaciones con acabados de primera; así mismo en la parte exterior, se encuentra habilitada el área de jardinería y de parqueos.

En el área destinada para el desarrollo de la primera etapa se encuentran ejecutadas las siguientes actividades:

- Excavación y Relleno compactado en toda el área del terreno.
- Suministro e Instalación de Tuberías de Hormigón Simple y PVC para Aguas Servidas

3

Scanned by CamScanner



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

---

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

- Suministro e Instalación de Tuberías de PVC Unión Elastomerica y Accesorios para Agua Potable
- Suministro e Instalación de Tuberías de PVC para Aguas Lluvias
- Construcción de una parte del Cerramiento del lado Este.
- Se ha construido parte de los bordillos cuneta y de los bordillos parterre
- Se ha construido las cámaras de hormigón armado
- Se ha construido parte de las cajas domiciliarias y de las cajas de revisión

INVERSION EN PRIMERA ETAPA: USD $. 2'267,294.82

Las actividades atrasadas en base al cronograma de obra de la Primera Etapa son las siguientes:

- Una parte de los bordillos cuneta y bordillos parterre.
- Una parte de las cajas domiciliarias y de revisión.
- Cisterna, Bomba, Instalación de medidores
- Parte del suministro e instalación de válvulas.
- Instalaciones eléctricas.

2.- Segunda y Tercera Etapa.

- Se encuentra colocada la precarga de relleno en una altura aproximada de 3.50 metros sobre las calles proyectadas. Vale indicar, que cuando se retire la precarga, este material se lo utilizará en las áreas adyacentes a las calles.
- Para la colocación de la precarga de estas etapas se hizo necesario habilitar una vía de acceso.
- El colector principal de aguas lluvias de la Primera Etapa se lo ha continuado hasta la Tercera Etapa, para que descargue al canal abierto existente en el lindero Este, a fin de minimizar los riesgos de inundación en la próxima estación invernal. Es necesario señalar que este canal abierto descarga al Estero Cobina.

INVERSION EN SEGUNDA ETAPA: USD $. 557,757.54

INVERSION EN TERCERA ETAPA: USD $. 185,919.18

VALORACION DE LOS TRABAJOS EJECUTADOS A LA FECHA.-

Considerando el tiempo de ejecución de obras desde el 01 de agosto de 2007 hasta el 30 de noviembre del 2007, se estiman los siguientes montos de inversión:

MONTO DE INVERSION: USD. $. 2'791,548.79
Dispuesto por Directorio APG
(Hasta Diciembre 31 de 2007)

4

---

Scanned by CamScanner



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1988**

**EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL**

| | |
|---|---|
| PRIMERA ETAPA | USD $. 2'267,294.82 |
| SEGUNDA ETAPA | USD $.   557,757.54 |
| TERCERA ETAPA | USD $.   185,919.18 |

MONTO DE INVERSION:  USD. $. 3'010,971.54
(Hasta Noviembre 30 de 2007)

CONCLUSIONES.-

Zofragua ha cumplido con la Inversión a ejecutarse en la Primera Etapa, en un plazo menor a lo programado.

Vale reiterar que este Departamento ha cuantificado los valores de inversión, de conformidad a los datos que nos ha entregado el Arquitecto Edgar Armijos González – Rubio, funcionario de Constructora Valero y a la verificación del avance de obra en sitio.

Finalmente, estamos adjuntando las fotografías tomadas el 12 de Diciembre del 2007, fecha en la cual se realizó la inspección de obra.

AUTORIDAD PORTUARIA DE GUAYAQUIL

*Ing. Nav. Galo Paredes Torres*
JEFE DEPARTAMENTO TÉCNICO (E)

5

Scanned by CamScanner

" EXHIBIT B"



**PRESIDENCIA
DE LA REPUBLICA**



**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

## ACTA DE VERIFICACION DE CUMPLIMIENTO DE AVANCE DE OBRAS DE LA ZONA FRANCA "ZOFRAGUA S.A."

En la ciudad de Guayaquil a los 25 días del mes de septiembre de 2.008, los señores Dr. Xavier Drouet, Director Ejecutivo (E), y Sr. Iván Reyes, Técnico A, delegados del Consejo Nacional de Zonas Francas conjuntamente con el Sr. Fausto Benites, Gerente General de la empresa administradora ZOFRAGUA, nos constituimos en el lugar donde funciona dicha Zona Franca con el objeto de determinar el cumplimiento del avance de obras sobre las propuestas presentadas a las diferentes instituciones, así como la verificación de su funcionamiento.

### 1) ANTECENDENTES:

- Según el testimonio de la Escritura Pública, celebrada en Guayaquil el 3 de octubre del 2000, se ceden en Comodato a la empresa ZOFRAGUA S.A., 326.220 m² de terreno de propiedad de Autoridad Portuaria de Guayaquil.
- Mediante Decreto Ejecutivo No. 1955-B, publicado en el R.O. No. 439 del 24 de octubre de 2001, se otorga la autorización de concesión, operación y establecimiento de la empresa ZOFRAGUA S.A., en la ciudad de Guayaquil, provincia del Guayas, en la cual se instalarán empresas industriales, comerciales, turísticas y de servicios. Este mismo Decreto Ejecutivo, menciona en su Artículo 3 que la empresa deberá cumplir con las inversiones, cronogramas y plazos presentados en el estudio de factibilidad económica, debiendo el CONAZOFRA ejercer el control pertinente.
- Mediante Adendum del Contrato de Comodato que celebraron Autoridad Portuaria de Guayaquil con ZOFRAGUA con fecha 11 de enero de 2007, se adjunta el Presupuesto y Flujo de Trabajo de Obras de Infraestructura para la Construcción de la Zona Franca que considera tres etapas de desarrollo. Dicho cronograma tiene planificado un horizonte en el tiempo desde junio de 2007 hasta junio del 2010 para la finalización del 100% de la infraestructura.
- Después de ser acreedora a dos prórrogas de plazo para comenzar su operación y no haberlas cumplido dentro de lo establecido en las mismas, el Consejo Nacional de Zonas Francas reunido el 20 de marzo de 2008, resuelve otorgar un último plazo adicional (hasta el 30 de Septiembre de 2008) para cumplir con las inversiones, cronogramas y plazos presentados. De igual manera, se resuelve solicitar a la Dirección Ejecutiva un informe periódico acerca de los avances en las inversiones realizadas en ZOFRAGUA S.A. de acuerdo al cronograma presentado por la empresa.
- La Dirección Ejecutiva ha estado recibiendo informes periódicos de avance de obra por parte de la empresa administradora, con el objeto de cumplir con la resolución emitida por el Consejo Nacional de Zonas Francas.

### 2) COMPROMISOS DE INVERSIÓN

Los compromisos de inversión han sido segregados de acuerdo a lo que compete a cada institución o compromiso asumido por la empresa ZOFRAGUA S.A.

Scanned by CamScanner

**PRESIDENCIA**
**DE LA REPÚBLICA**

**CONAZOFRA**
**CONSEJO NACIONAL DE ZONAS FRANCAS**

a) De acuerdo al Estudio de Factibilidad presentado al CONAZOFRA para concesionarse como zona franca

De acuerdo al estudio de factibilidad presentado al CONAZOFRA, mediante el cual se sugirió al Presidente de la República de ese entonces concesionar a ZOFRAGUA como empresa administradora de zona franca, los compromisos fueron los siguientes (se incluye la inversión real a la fecha de referencia y el porcentaje de cumplimiento):

|  | Comprometido | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 7.305.239,00 | 5.735.390,15 | 79% |

Cabe destacar que estos compromisos corresponden al 2001, cuando la zona franca estaba a cargo de otra administración (Cámaras de la Producción de Guayaquil) por lo que el monto total de inversión anteriormente comprometido significa la totalidad de la construcción de la zona franca, en otras condiciones a las que actualmente se somete la empresa administradora (contratos de fondeo, administración nueva, venta accionaria hacia empresas panameñas, etc.). Es de precisar que el compromiso total de inversión del proyecto bajo la actual administración alcanza, en sus tres etapas, US $ 11.863.560,82.

b) Con la Autoridad Portuaria

El cronograma valorado presentado por Zofragua a la Autoridad Portuaria de Guayaquil en el Adendum del Contrato de Comodato, considera un período de ejecución de obra desde junio de 2007 hasta junio del 2010, cuyos trabajos se clasifican en 3 etapas. Los montos de inversión comprometidos con dicha institución son los que se detallan a continuación y cuyos avances han sido comprobados en esta visita:

| Etapa | Comprometido (USD) | Fecha de Compromiso | Real | % Cumplimiento |
|---|---|---|---|---|
| Primera | 4.955.097,67 | Junio 2.008 | 4.651.809,57 | 94% |
| Segunda | 4.127.985,60 | Junio 2.009 | 135.259,11 | 3% |
| Tercera | 2.780.477,55 | Junio 2.010 | 948.321,47 | 34% |
| TOTAL | 11.863.560,82 |  | 5.735.390,15 |  |

Se ha invertido un total de US $ 5.735.390,15 hasta la fecha, lo cual equivale al 116% del monto comprometido para la primera etapa.

c) Con el CONAZOFRA

Este cronograma fue conocido por la Dirección Ejecutiva del CONAZOFRA y sirvió como insumo para elaborar el Informe Ejecutivo No. 14 con el cual el Consejo, reunido el 20 de marzo de los corrientes, resolvió dar un último plazo (30 de septiembre) a la empresa administradora para que cumpla con las inversiones comprometidas.

En tal virtud, ZOFRAGUA ha venido presentando periódicamente a la Dirección Ejecutiva del CONAZOFRA cronogramas de avance de obras. Estos cronogramas tenían compromisos de inversiones versus el avance real de obra, con una fecha límite de hasta el 30 de septiembre (de conformidad con la resolución del CONAZOFRA citada anteriormente). La verificación de las obras ha sido elaborada de acuerdo al último cronograma presentado, que abarca el período del 01 de junio del 2007 al 24 de septiembre del 2008 (1 día antes de la inspección).

Dirección: Calle Robles E4-136 y Av. Amazonas, Edif. Proinco

Scanned by CamScanner



**PRESIDENCIA
DE LA REPUBLICA**

 3

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

|  | Comprometido al 30 de septiembre de 2008 (USD) | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 5.583.097,58 | 5.735.390,15 | 103% |

**d) De acuerdo al Contrato de Fondeo**

El 17 de agosto de 2007 se suscribe un contrato de fondeo entre el Fideicomiso CAR TRUST FINANCE (de nacionalidad panameña) como el "PRESTAMISTA", la compañía STOCK & FUND MANAGERS OVERSEAS LTD como la "PRESTATARIA" y el "FIDEICOMISO ZOFRAGUA" que comparece exclusivamente para los efectos de recepción de los recursos que se comprometen en este convenio.

Dicho contrato de fondeo también fue conocido por el CONAZOFRA. En la cláusula tercera de este documento el PRESTAMISTA se compromete, actual e incondicionalmente a conseguir recursos financieros y con ellos financiar el desarrollo del proyecto de construcción de la Zona Franca de Guayaquil, hasta por la suma equivalente a US $ 5.500.000,00. Es por esto que con relación a este contrato de fondeo y después de verificar las obras de infraestructura en la zona franca se pueden obtener los siguientes resultados:

|  | Comprometido (USD) | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 5.500.000,00 | 5.735.390,15 | 104% |

**3) OBRAS PENDIENTES VERIFICADAS**

Estas obras pendientes han sido verificadas de acuerdo a informes de instituciones, empresas o personas que han realizado auditorías del avance de la construcción de la zona franca, cuyos respaldos han sido dados a conocer en el CONAZOFRA.

**a) De acuerdo al Informe Mensual de Fiscalización de Contratos de Comodatos de la Autoridad Portuaria, de 27 de diciembre de 2007.**

| Rubro | Realizadas | | Explicación / Justificación |
|---|---|---|---|
| | Si | No | |
| Parte de los bordillos cuneta y bordillos parterre | X | | |
| Parte de las cajas domiciliarias y de revisión | X | | |
| Cisterna, bomba, instalación de medidores | X | | |
| Parte del suministro e instalación de válvulas | X | | |
| Instalaciones eléctricas | | X | Las instalaciones eléctricas están retrasadas debido a que la empresa administradora solicitó la autorización al CONAZOFRA para ingresar materiales para la adecuación de una subestación eléctrica, alumbrado público y cableado subterráneo. |

Dirección: Calle Robles E4-136 y Av. Amazonas, Edif. B . . . . . . .

Scanned by CamScanner



**PRESIDENCIA
DE LA REPUBLICA**



4

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

b) De acuerdo al Oficio Z-01-11-2007 del Arq. Carlos Rodríguez de fecha 5 de noviembre de 2007, en el cual se hace un informe sobre los avances de obras efectuados en Zofragua por la empresa Constructora Valero a petición del Oficial de negocios de Trust Fiduciaria S.A., Sra. María Fernanda Enderica

| Rubro | Realizadas | | Explicación / Justificación |
|---|---|---|---|
| | Si | No | |
| Bordillos cuneta | X | | |
| Cajas domiciliarias | X | | |
| Pruebas y desinfección de tuberías de AA.PP. | X | | |
| Aceras | X | | |
| Resanes y limpieza, pruebas eléctrica, AA sanitarias | X | | |

Dirección: Calle Robles E4-136 y Av. Amazonas, Edif. Proinco, Calle Di……

Scanned by CamScanner

Case 1:19-cv-22281-BB   Document 1-3   Entered on FLSD Docket 06/04/2019   Page 21 of 35

**PRESIDENCIA**
**DE LA REPUBLICA**

**CONAZOFRA**
**CONSEJO NACIONAL DE ZONAS FRANCAS**

c) De acuerdo al Cronograma de Avance de Obras presentado al CONAZOFRA planificado hasta el 31 de septiembre de 2008 y con corte al 24 de septiembre de 2008.

| Rubro | Comprometido | Real | % Cumplimiento | Explicación / Justificación |
|---|---|---|---|---|
| Preliminares | 167.003,04 | 173.481 | 104% | |
| Movimiento de tierra Fase I | 1.081.021,22 | 1.081.021,22 | 100% | |
| Movimiento de tierra Fase II | -------- | -------- | | No se llevó a cabo ya que esta obra fue ejecutada en la primera etapa. |
| Pavimento Fase I | 705.022,20 | 502.132,17 | 71% | No se ha finalizado el pavimento en la entrada de la zona franca debido a que se está esperando la pavimentación de la Calle P, a cargo de la Autoridad Portuaria, para después empatar las dos obras a la misma altura. |
| Suministro e instalación de tuberías para aguas servidas | 24.622,65 | 24.622,65 | 100% | |
| Sistema de tratamiento en 3era etapa | -------- | -------- | | Este rubro fue reclasificado en "planta de tratamiento" cuyo monto se puede evidenciar posteriormente |
| Suministro e instalación de tuberías para agua potable | 49.822,48 | 49.822,48 | 100% | |
| Suministro e instalación de válvulas | 105.626,66 | 105.626,66 | 100% | |
| Suministro de instalación de tapones, reductores, tees, cruces y codos de PVC | 7.613,64 | 7.613,64 | 100% | |
| Suministro e instalación de tuberías de HS y A para aguas lluvias | 98.457,53 | 98.457,53 | 100% | El muro de ala no se construyó porque no justifica todavía su creación. Será necesario cuando se tenga el canal de aguas lluvias en la tercera etapa. |
| Canal de aguas lluvias este | -------- | -------- | | No son necesarios al momento. Están previstos para la segunda y tercera etapa. |
| Canal de aguas lluvias sur | -------- | -------- | | |
| Ducto cajón de aguas lluvias | 116.331,54 | -------- | | Esta obra no se va a realizar debido a que se prevé construir un canal en vez de este ducto de cajón (por temas de costos). |
| Cerramiento este H=3,00 – LONG=695 ML | -------- | -------- | | Este cerramiento ya estaba construido por parte de las instalaciones vecinas a ZOFRAGUA, es decir, la APG y una empresa camaronera. |
| Cerramiento sur H=3,00 – LONG=404 M | -------- | -------- | | |
| Cerramiento de tubo y malla | 13.348,16 | 13.348,16 | 100% | |
| Instalación eléctrica primera etapa | 287.589,06 | -------- | | Este rubro fue reclasificado en "substación eléctrica, cableado de baja tensión, alumbrado público, cerramiento y bases y cableado central" cuyo monto se puede evidenciar posteriormente. |

Dirección: Calle Robles E4-136 y Av. Amazonas. Edif. Proinco – Caliso, Piso 11.
Telf: 2559 634 / 2225 494 / 2223 612
www.conazofra.gov.ec

Scanned by CamScanner

**PRESIDENCIA DE LA REPUBLICA**

**CONAZOFRA**
**CONSEJO NACIONAL DE ZONAS FRANCAS**

| | | | | |
|---|---|---|---|---|
| Instalación eléctrica segunda y tercera etapa | 558.714,08 | .......... | | Está considerada para la segunda y tercera etapa. |
| Área Verde | 118.236,79 | 41.382,88 | 35% | Se está esperando a tener disponibilidad de agua ya que se implantar el área verdes antes causaría la muerte de las plantas. El agua será provista por Interagua en la segunda quincena de octubre de 2008, tentativamente. |
| Sistema de riego para área verde | 37.088,60 | 30.908,60 | 83% | Se está esperando el ingreso del área verde. Lo que falta son partes pequeñas que se instalase al momento sería fáciles de robar o perder. |
| Reconstrucción de edificios existentes | 85.000 | 85.000 | 100% | |
| Movimiento de tierra inicial: relleno compactado (con otra empresa constructora: Compañía General de Construcciones) | 1.504.016,00 | 1.504.016,00 | 100% | |
| **SUB-TOTAL** | 4.959.513,65 | 3.717.432,99 | 75% | |
| Rubros Ejecutados que no están dentro del presupuesto original | | | | |
| Diferencia en costo de reconstrucción de edificio existente | 231.091,79 | 231.091,79 | 100% | |
| Construcción del galpón modelo | 247.114,27 | 247.114,27 | 100% | |
| Edificio oficinas CAE, seguridad y operaciones | 47.054,61 | 37.643,69 | 80% | Solo faltan los acabados como el porcelanato, tumbado y pintura. Prevén tener finalizada esta obra la próxima semana. |
| Cerramiento Calle P | 124.748,91 | 124.748,91 | 100% | |
| Seguridad Electrónica | 106.117,68 | 45.479,01 | 43% | La seguridad electrónica está demorada debido a que tiene que hacerse de una manera paralela con el cableado subterráneo (en el caso del cableado subterráneo la empresa administradora solicitó a autorización al CONAZOFRA para ingresar estos materiales). |
| Balanza | 49.028,34 | 39.222,67 | 80% | Se la está instalando, solo faltan las últimas adecuaciones de empotrado. |
| Concertina y Cerco eléctrico | 38.331,44 | 25.554,29 | 67% | El proveedor de la concertina se ha demorado debido a falta de disponibilidad de materia prima. |
| Acometida eléctrica, cableado baja tensión, alumbrado público, cerramiento y bases, cableado general | 367.043,90 | 183.521,95 | 50% | La empresa administradora solicitó la autorización al CONAZOFRA para ingresar estos materiales, cuya resolución favorable fue otorgada el 15 de septiembre de 2008. |
| Planta de tratamiento | 360.690,97 | 135.259,11 | 38% | Al momento no es necesaria. Se prevé para la segunda etapa. |
| Movimiento de tierra realizado en tercera etapa | 948.321,47 | 948.321,47 | 100% | |
| **SUB-TOTAL** | 2.519.543,38 | 2.017.957,16 | 80% | |
| **TOTAL PRESUPUESTADO** | 7.479.057,03 | 5.735.390,15 | 77% | |
| **TOTAL COMPROMETIDO CONAZOFRA** | 5.583.097,58 | 5.735.390,15 | 103% | |



**PRESIDENCIA
DE LA REPUBLICA**



7

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

## 4) CONSIDERACIONES FINALES

Cabe resaltar que los funcionarios del CONAZOFRA han cuantificado los valores de inversión, de conformidad con los datos entregados por la Constructora Valero, empresa encargada de la construcción de la zona franca, y a la verificación del avance de obra in situ. Por lo antes indicado, se verifica que la inversión realizada total asciende a US $ 5.735.390,15.

Para constancia de lo actuado firmamos en unidad de criterio al pie de la presente.

Dr. Xavier Drouet
**Director Ejecutivo (E) del CONAZOFRA**

Sr. Iván Reyes
**Delegado del CONAZOFRA**

Sr. Fausto Benites
**Gerente de la Empresa Administradora**

Scanned by CamScanner

Case 1:19-cv-22281-BB   Document 1   Entered on FLSD Docket 06/04/2019   Page 31 of 59

" EXHIBIT C"

# ESTUDIO JURIDICO PLAZA VERDUGA & PLAZA S.A.

### FUNDADO EN EL AÑO 1969

## CONTRATO DE PRESTACIÓN DE SERVICIOS PROFESIONALES.

En la ciudad de Guayaquil, a los doce días del mes de Abril del año dos mil doce, se celebra el siguiente **CONTRATO DE PRESTACION DE SERVICIOS PROFESIONALES,** entre, por una parte: La compañia **STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA,** representada por su Presidente, y en tal virtud, APODERADO GENERALÍSIMO, el Señor **FERNANDO ERNESTO MARCH GAME**, portador de la cédula de identidad y ciudadanía **No. 0907830632,** conforme lo justifica con el nombramiento que en copia certificada se anexa al presente Contrato -*compañía que a su vez es la principal accionista de la persona jurídica ZOFRAGUA S.A.*- A la que en adelante se las podrá llamar "La Contratante"; y, por otra parte, el señor **DR. LEONIDAS EFRAÍN PLAZA VERDUGA,** Abogado, Matrícula #632 del Colegio de Abogados del Guayas; y, Registro #09-1969-2 del Foro de Abogados del Guayas, a quien en adelante se lo podrá llamar "El Contratado", al tenor de las siguientes cláusulas:

PRIMERA: PROPUESTA Y ACEPTACION.- "La Contratante" tienen a bien contratar al **DR. LEONIDAS EFRAÍN PLAZA VERDUGA,** para que profesionalmente, en su calidad de Abogado, asuma la defensa jurídica de la compañía administradora de Zona Franca, denominada ZOFRAGUA S.A., en la que la compañía, **STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA,** es la mayor accionista; defensa jurídica que tiene que ver con todas las acciones administrativas, civiles, penales; y, arbitraje y mediación o de cualquier otra índole que pudiere iniciar ZOFRAGUA S.A., en defensa de sus derechos; o en acciones similares a las antes descritas, que pudieren iniciarse contra la antes mencionada persona jurídica –ZOFRAGUA S.A.-

---

Garcia Moreno No. 913 y Av. 9 de Octubre • Telfs.: 2322596 - 2322597 • Fax: (593-4) 2324668 • Casilla de Correo: 09-01-4719
plazaverduga@hotmail.com
Guayaquil - Ecuador

Case 1:19-cv-22281-BB   Document 1-3   Entered on FLSD Docket 06/04/2019   Page 33 of 39

Entre las acciones a las que se viene haciendo mención, se encuentra el trámite administrativo que en los actuales momentos ha iniciado la Autoridad Portuaria de Guayaquil, contra la compañía administradora de Zona Franca, denominada ZOFRAGUA S.A.; y las acciones judiciales, administrativas; y, de arbitraje y mediación, o cualquier otra de similar índole, que debe iniciar ZOFRAGUA S.A., para defender sus derechos e intereses, evitando de esa manera que la Autoridad Portuaria de Guayaquil le cause daños y perjuicios. El **DR. LEONIDAS EFRAÍN PLAZA VERDUGA**, acepta el encargo que se le solicita.

SEGUNDA: CONTRATO Y PAGO DE HONORARIOS PROFESIONALES.- En virtud de lo anterior "La Contratante", en efecto, contrata los servicios profesionales del **DR. LEONIDAS EFRAÍN PLAZA VERDUGA**, para la gestión establecida en la cláusula anterior y de mutuo acuerdo, los contratantes convienen en que los honorarios profesionales que deberá percibir el **DR. LEONIDAS EFRAÍN PLAZA VERDUGA**, por el trabajo que se le encomienda, será:

1.- Al inicio de la gestión, es decir, a la firma de este contrato, la suma de TREINTA MIL 00/100 DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA (US$30.000,oo).

2.- El 50% de lo que la AUTORIDAD PORTUARIA DE GUAYAQUIL, le pague a ZOFRAGUA S.A., por los daños y perjuicios causados derivados de las Resoluciones No.PD-012-2012, de fecha 20 de marzo del 2012, emitida por el Directorio de la Autoridad Portuaria de Guayaquil; y, G-028-2012 de fecha 23 de Marzo del 2012 que fueron notificadas a ZOFRAGUA S.A., el día 26 de Marzo del 2012 mediante Oficio No. APG-G-2012-000317-O, suscrito por el Ab. Juan Carlos Jairala Reyes, Gerente de la Autoridad Portuaria de Guayaquil; y cualquier otra Resolución que tenga que ver, o se derive de las antes mencionadas Resoluciones; o, el 50% de lo que

# ESTUDIO JURIDICO PLAZA VERDUGA & PLAZA S.A.

### FUNDADO EN EL AÑO 1969

**No.2/...**

la Autoridad Portuaria de Guayaquil, le restituya a ZOFRAGUA S.A.,
en pago por los bienes inmuebles, y demás bienes por adherencia y
mejoras realizadas por ZOFRAGUA S.A. en los terrenos de
propiedad de la Autoridad Portuaria de Guayaquil, en el tiempo en
que estuvo vigente el Contrato de Comodato que se otorgó el día
03 de Octubre del 2001 en la Notaría Décimo Segunda del cantón
Guayaquil, el mismo que fue inscrito en el Registro de la Propiedad
de Guayaquil, el día 12 de Noviembre del 2001.

CLÁUSULA    TERCERA.-    ACUERDOS    JUDICIALES    Y
EXTRAJUDICIALES.- Queda plenamente acordado y establecido que
para el caso de que "La Contratante", por su propia cuenta,  llegue
a un acuerdo judicial o extrajudicial con la Autoridad Portuaria de
Guayaquil, que ponga término a las diferencias mencionadas en las
cláusulas anteriores, que mediante este Contrato se está
encargando al patrocinio profesional del Dr. Leonidas Plaza
Verduga;  "La Contratante" se compromete a pagar al **DR.
LEONIDAS PLAZA VERDUGA**, la totalidad de los honorarios
profesionales pactados en el presente Contrato, acorde a la fórmula
establecida en la Cláusula Segunda, ordinal 2.

CUARTA.- GASTOS.- Queda perfectamente convenido que todos los
gastos, que sean necesarios para el inicio de la acción o trámite de
arbitraje, corren de cuenta de "La Contratante", es decir, que ella
asumirán los costos del trámite del arbitraje que se debe realizar en
el Centro de Arbitraje y Mediación de la Cámara de Comercio de
Guayaquil.

Los demás gastos que genere cualquiera de los trámites a los que
se hace referencia en la presente contratación, se los dividirá en
partes iguales entre "La Contratante" y "El Contratado", o sea que,
dichos gastos, le corresponderá cubrirlos, el 50% a cada una de las
partes que intervienen en la presente contratación.

García Moreno No. 813 y Av. 9 de Octubre • Telfs.: 2322596 - 2322597 • Fax: (593-4) 2324668 • Casilla de Correo: 09-01-4719
plazaverduga@hotmail.com
Guayaquil - Ecuador

Case 1:19-cv-22281-BB   Document 1   Entered on FLSD Docket 06/04/2019   Page 35 of 39

<u>QUINTA: JURISDICCIÓN Y COMPETENCIA</u>.- Para el caso de existir algún hipotético reclamo resultante de la aplicación de este Convenio, las partes se someten a la competencia de uno de los Jueces de lo Civil y Mercantil de la ciudad de Guayaquil, Provincia del Guayas, y a la vía Verbal Sumaria.

Para constancia de lo anterior, las partes firman el presente CONTRATO, en original y una copia de igual contenido.

**"LA CONTRATANTE":**

**STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA**
FERNANDO ERNESTO MARCH GAME
C.I. 0907830632

**"EL CONTRATADO":**

**DR. LEONIDAS PLAZA VERDUGA**
Abogado
Mat. # 632 - C.A.G.
Foro de Abogados-Guayas #09-1969-2



Agregue Usted, Señor Notario, las demás cláusulas de estilo, para la plena validez de esta Escritura.- (FIRMA ILEGIBLE) ABOGADO LEONIDAS PLAZA VERDUGA ·CON MATRICULA NÚMERO CERO NUEVE-UNO NUEVE SEIS NUEVE-DOS DEL FORO DE ABOGADOS DEL GUAYAS.- HASTA AQUÍ LA MINUTA QUE YO EL NOTARIO ELEVO A ESCRITURA PÚBLICA PARA QUE SURTA LOS EFECTOS DE LEY.- Leída que fue por mí el Notario, en alta y clara voz a la otorgante, ésta se ratifica y la firma en unidad de acto, en presencia de todo lo cual DOY FE.-

p.- LA COMPAÑIA ZOFRAGUA S. PODERDANTE

R.U.C. # 0992147030

URSULA SELENA BOADA

GERENTE GENERAL

C.C # 090668400-6

Case 1:19-cv-22281-BB   Document 1-3   Entered on FLSD Docket 06/04/2019   Page 37 of 39

"EXHIBIT D"

Date: May 2nd, 2019

## CONTRATO DE CESION DE ACCIONES

El suscrito, Fernando Ernesto March Game, quien es mayor de edad, casado una vez, ingeniero comercial, ecuatoriano, vecino de Miami, Florida, USA, con pasaporte de su país número cero nueve cero siete ocho tres cero seis tres dos, en adelante y para efectos del presente contrato denominado como CEDENTE, y el señor Seyed M. Moghani, residente de Florida, ciudadano de los Estados Unidos de América, en lo sucesivo denominado como CESIONARIO, hemos convenido en el presente contrato de cesión, endoso y traspaso de acciones, el cual se regirá por las siguientes estipulaciones:

1) Por ser interés de las partes y por entero valor recibido, por medio del presente contrato el CEDENTE cede y traspasa el CIEN POR CIENTO de sus acciones comunes y nominativas siendo el único accionista al CESIONARIO por lo que el CESIONARIO es dueño del CIEN POR CIENTO de las acciones de la sociedad denominada S&F MANAGERS OVERSEAS SOCIEDAD ANONIMA cedula jurídica número tres -ciento uno- seis tres dos nueve cero seis (3-101-632906).

2) Las partes autorizan al CESIONARIO para que proceda a dejar el asiento correspondiente en los libros legales inscritos ante la Oficina de Legalización de Libros de la Dirección General de la Tributación Directa, así como a emitir los certificados correspondientes que reflejen la nueva distribución del capital social.

Fernando Ernesto March Game

Seyed M. Moghani

My 2 . 2019



EXHIBIT "E"

**CERTIFICADO DE DEPÓSITO JUDICIAL**

**ORDEN DE RETIRO DE FONDOS**

| FECHA: | GUAYAQUIL |
| --- | --- |
| | 2019/06/19 |

**N° COMPROBANTE**
09-80-200-0158

**BanEcuador B.P.**
Sucursal: GUAYAQUIL

| VALOR |
| --- |
| USD4.793.769,42 |

**PÁGUESE A LA ORDEN DE:**
PLAZA VERDUGA LEONIDAS EFRAIN
CC. 0900641812

... CUATRO MILLONES SETECIENTOS ... NOVENTA Y TRES MIL SETECIENTOS SESENTA Y NUEVE CON 42/100Dólares

JUICIO N° 09801-2012-0565

... JUZGADO ... CONTENCIOSO ADMINISTRATIVO

CAUSA: AFIANZAMIENTO

PROVIDENCIA          N° Depósito 09802000167

IdentBanEcuador:

... SC-BANECUADOR-072-2019 emitido por BanEcuador. En ... al accionante, Compañía ZOFRAGUA S.A. en la persona de su ... por la entidad demandada a BanEcuador, una vez notificado el presente ... se acerquen a este Tribunal de manera individual o conjunta a fin de que la ... y la Orden de Retiro de Fondos, documentación que deben ser presentados en ... e los valores que fueron transferidos por la parte accionada. ( ... Una vez que la parte actora haya recibido tales valores, deberá comunicar a este ...

**SECRETARIO**

VEGA CALERO BELGICA YOLANDA

Nombre, Firma y Sello

Autorizado por:

Nombre, Firma y Sello

**RECIBÍ CONFORME**

PLAZA VERDUGA LEONIDAS EFRAIN

Pagado por:

Nombre, Firma y Sello

**COORDINADOR**

... TORRES OLGA MARLENE

Revisado por:

Nombre, Firma y Sello



## CERTIFICADO DE DEPÓSITO JUDICIAL

### ORDEN DE RETIRO DE FONDOS

| FECHA: | GUAYAQUIL |
|---|---|
| | 2019/06/19 |

**Nº COMPROBANTE**
09-80-200-0158

**VALOR**
USD4.793.769,42

**BanEcuador B.P.**
Sucursal: GUAYAQUIL

**PÁGUESE A LA ORDEN DE:**
PLAZA VERDUGA LEONIDAS EFRAIN
CC. 0900641812

... CUATRO MILLONES ... NOVENTA Y TRES MIL SETECIENTOS SESENTA Y NUEVE CON 42/100Dolares

**JUICIO Nº 09801-2012-0565**

IdentBanEcuador:

**CAUSA:** AFIANZAMIENTO

**PROVIDENCIA**   Nº Depósito 09802000167

RECIBI CONFORME

PLAZA VERDUGA LEONIDAS EFRAIN

**Pagado por:**

Nombre, Firma y Sello

**SECRETARIO**

VEGA CHERO BELGICA YOLANDA

**Autorizado Por:**

Nombre, Firma y Sello

COORDINADOR

MAZA M TORRES OLGA MARLENE

**Revisado por:**

Nombre, Firma y Sello