Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

Southen District of Florida

Miami  Division

*AMENDED COMPLAINT* (handwritten)

SEYED M. MOGHANI as Assignee of STOCK &
FUND MANAGERS OVERSEAS SOCIEDAD
ANONIMA, a Costa Rican Corporation, as the 80%
owner of ZOFRAGUA, S.A. a Ecuadorian
Corporation,

Case No.    1:19-CV-22281-BB
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

)
)
)
)
)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

-v-

THE REPUBLIC OF ECUADOR, THE PORT
AUTHORITY OF GUAYAQUIL, STOCK & FUND
MANAGERS OVERSEAS, INC, A Panamanian
Corporation, LEONIDAS EFRAIN PLAZA
VERDUGA, CARLOS AROSEMENA BAQUERIZO,
LEONIDAS PLAZA DIAZ, SUPERINTENDENCIA
DE COMPANIAS VALORES Y SEGUROS,
VICTOR MANUEL ANCHUNDIA PLACES,
CARLOS XAVIER CADENA ASENCIO,
Individually,

)
)
)
)
)
)
)
)
)
)

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | SEYED MOGHANI asAssigneee of S&F Managers Overseas SA |
| Street Address | 9513 SW 125 Terrace |
| City and County | Miami Dade |
| State and Zip Code | Florida. 33176 |

1 - 11 (handwritten)

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

| E-mail Address | moghani@icloud.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE REPUBLIC OF ECUADOR |
| Job or Title *(if known)* | Embassy of The Republic of Ecuador in the United States. |
| Street Address | 2535 15th St NW |
| City and County | Washington |
| State and Zip Code | DC, 20009 |
| Telephone Number | 202) 234-7200 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | THE PORT AUTHORITY OF GUAYAQUIL |
| Job or Title *(if known)* | |
| Street Address | Avenida 25 de Julio, Via Puerto Maritimo |
| City and County | Guayaquil, |
| State and Zip Code | Ecuador, Ecuador |
| Telephone Number | 593-4 201-2000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | STOCK AND FUND MANAGERS OVERSEAS, INC |
| Job or Title *(if known)* | |
| Street Address | Garcia Moreno 913 & Avenida 9 de Octubre |
| City and County | Guayaquil |
| State and Zip Code | Guayas, Ecuador |
| Telephone Number | (5934) 232 2596 - (5934)2322597 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | LEONIDAS EFRAIN PLAZA VERDUGA |
| Job or Title *(if known)* | |
| Street Address | Garcia Moreno 913 & Avenida 9 de Octubre |
| City and County | Guayaquil |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

| State and Zip Code | Guavas, Ecuador |
| Telephone Number | (5934) 232 2596 - (5934)2322597 |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*     SEYED MOGHANI                              , is a citizen of the State of *(name)*     FLORIDA, UNITED STATES.               .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                              , is incorporated under the laws of the State of *(name)*                                              , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*                                              , is a citizen of the State of *(name)*                                              . Or is a citizen of *(foreign nation)*

2.    If the defendant is a corporation

The defendant, *(name)*     Sovereign THE REPUBLIC OF ECUADOR     , is incorporated under the laws of the State of *(name)*     THE REPUBLIC OF ECUADOR          , and has its principal place of business in the State of *(name)*     THE REPUBLIC OF ECUADOR     . Or is incorporated under the laws of *(foreign nation)*                                              , and has its principal place of business in *(name)*     THE REPUBLIC OF ECUADOR     .

If the defendant is a corporation

The defendant, *(name)*     THE REPUBLIC OF ECUADOR     , is incorporated under

the laws of the State of *(name)*     ECUADOR     , and has its
principal place of business in     Embassy of the Republic of Ecuador .
the State of *(name)*     2535 15th St NW
Washington, DC
20009

If the defendant is a corporation

The defendant, *(name)*     THE PORT AUTHORITY     , is incorporated under
OF GUAYAQUIL

the laws of the State of *(name)*     ECUADOR     , and has its
principal place of business in     Avenida 25 de Julio, Via Puerto Maritimo
the State of *(name)*     City and County     Guayaquil,
State and Zip Code     Ecuador, Ecuador

Or is incorporated under the laws of *(foreign*     ,
*nation)*
and has its principal place of business in     Avenida 25 de Julio, Via Puerto Maritimo
*(name)*     City and County     Guayaquil,
State and Zip Code     Ecuador, Ec

If the defendant is a corporation

The defendant, *(name)*     LEONIDAS PLAZA
VERDUGA & LEONIDAS
PLAZA DIAZ -LAW FIRM
PLAZA VERDUGA &
PLAZA S.A.

the laws of the State of *(name)*     ECUADOR
principal place of business in     Garcia Moreno N. 913 Ave 9     Ecuador, Ecuador
the State of *(name)*     de Octubre, Ecuador

Or is incorporated under the laws of *(foreign*
*nation)*
and has its principal place of business in
*(name)*     Ecuador

If the defendant is a corporation

The defendant, *(name)*     CARLOS AROSEMENA
BAQUERIZO

the laws of the State of *(name)*     ECUADOR
principal place of business in     Samborondon Business     Ecuador, Ecuador
the State of *(name)*     Business Center Torre C
(Office Center) Piso 2
Oficina 22, Parroquia La
Puntilla
Samborondon, Ecuador

Or is incorporated under the laws of *(foreign*
*nation)*

4-11

and has its principal place of business in
*(name)*                                      *Ecuador*

If the defendant is a corporation
The defendant, *(name)*               LEONIDAS PLAZA DIAZ

the laws of the State of *(name)*     ECUADOR
principal place of business in        Garcia Moreno N. 913 Ave 9        Ecuador, Ecuador
the State of *(name)*                 de Octubre, Ecuador
Or is incorporated under the laws of *(foreign
nation)*
and has its principal place of business in
*(name)*                                      *Ecuador*

If the defendant is a corporation
The defendant, *(name)*               LEONIDAS PLAZA DIAZ.
                                      LAW FIRM PLAZA
                                      VERDUGA & PLAZA S.A.
the laws of the State of *(name)*     ECUADOR
principal place of business in        Garcia Moreno N. 913 Ave 9        Ecuador, Ecuador
the State of *(name)*                 9 de Octubre, Ecuador
Or is incorporated under the laws of *(foreign
nation)*
and has its principal place of business in
*(name)*                                      *Ecuador*

If the defendant is a corporation:SUPERINTENDENCIA DE COMPANIAS,.
VALORES Y SEGUROS
The defendant, *(name)*               SUPERINTENDENCIA DE
                                      COMPANIAS VALORES Y
                                      SEGUROS
                                      Represented by VICTOR
                                      MANUEL ANCHUNDIA
                                      PLACES
the laws of the State of *(name)*     ECUADOR
principal place of business in        Centro Financiero Publico        Ecuador, Ecuador
the State of *(name)*                 9 de Octubre 200 y
                                      Pichincha Piso 14
                                      Guayaquil, Ecuador

5_11

Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in
*(name)*                                    *Ecuador*


If the defendant is a corporation:

| | |
|---|---|
| The defendant, *(name)* | VICTOR MANUEL ANCHUNDIA PLACES |
| the laws of the State of *(name)* | ECUADOR |
| principal place of business in the State of *(name)* | Centro Financiero Publico 9 de Octubre 200 y Pichincha Piso 14 Guayaquil, Ecuador |

Ecuador, Ecuador

Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in
*(name)*                                    *Ecuador*


If the defendant is a corporation:

| | |
|---|---|
| The defendant, *(name)* | CARLOS XAVIER CADENA ASENCIO |
| the laws of the State of *(name)* | ECUADOR |
| principal place of business in the State of *(name)* | Garcia Aviles 217 y 9 de Octubre, Edificio Encaladas, Piso 2 Oficina 201, Arriba de Almacenes la Gangs |

Ecuador, Ecuador

Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in
*(name)*                                    *Ecuador*

6.11

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

1) On September 25, 2008, The Assignor ZOFRAGUA SA(owned byS&F Managers Overseas SA entered into an agreement with the PORT AUTHORITY OF GUAYAQUIL to invest the amount of $12,000,000 USD toward the project to develop the FREE ZONE FOR THE PORT OF GUAYAQUIL project (which had initially started on October 3, 2001 but had experienced liquidity issues, with this agreement the "investor" ZOFRAGUA SA through S&F MANAGERS OVERSEAS S.A. would invest the above mentioned amount and the Port Authority would grant the license to operate the port for a period of fifty years (to be expired on October 31, 2051 and providing a net profit to the investor in the amount of $400,000,000.00 USD. After the $12,000,000 USD had been tendered toward the Project, and the new government of President RAFAEL CORREA took possession, the Government of Ecuador unilaterally decided to cancel the project. (See Exhihit A-B).

2) On April 12, 2012, the owner of S&F Managers Overseas S.A., Mr. FERNANDO ERNESTO MARSH GAME hired the services of the lawyers LEONIDAS EFRAIN PLAZA VERDUGA and LEONIDAS PLAZAA DIAZ, both from the law firm of PLAZA VERDUGA & PLAZA, S.A. to represent the interests of S&F Managers Overseas S.A. and its subsidiary ZOFRAGUA S.A. against the Republic of Ecuador and the PORT AUTHORITY OF GUAYAQUIL for breach of contract and to recover the investment made in the amount of 12,000,000 USD. (Please see Exhibit "C")

3) FERNANDO ERNESTO MARSH GAME, currrently resides in the State of Florida, United States of America and he has been the sole owner of the shares of S&F MANAGERS OVERSEAS S.A. which owns the eighty percent of the shares in ZOFRAGUA, S.A.

4) In the year 2018, Mr. March while living in the United States, learned that his attorney LEONIDAS EFRAIN PLAZA VERDUGA, appointed to represent the interests of S&F MANAGERS OVERSEAS S.A. and its Subsidiary ZOFRAGUA SA, had created a new "entity" with a similar name: S&F FUND MANAGERS OVERSEAS INC (S&F MANAGERS OVERSEAS INC registered in Panama and fully owned by the attorney PLAZA VERDUGA, with the intention to file the claim for reimbursement of the funds from THE REPUBLIC OF ECUADOR and the PORT AUTHORITY OF GUAYAQUIL.

5) On May 2, 2019, Mr. FERNANDO ERNESTO MARSH GAME assigned all of his rights in the contract pertaining S&F MANAGERS OVERSEAS S.A. and its subsidiary ZOFRAGUA S.A. to the Plaintiff in this action Mr. SEYED M. MOGHANI, a citizen of the United States. (Please see Exhibit "D".

6) Mr. SEYED M. MOGHANI as the Assignee of the rights, is a party in interest, a citizen of the State of Florida and the Defendants, THE REPUBLIC OF ECUADOR, THE PORT AUTHORITY OF GUAYAQUIL (ECUADOR), S&F MANAGERS OVERSEAS INC, AND LEONIDAS EFRAIN PLAZAA VERDUGA are all entities and individual of Ecuador, the amount in controversy is above $75,000 USD. Therefore, this Honorable court has diversity jurisdiction over the parties and the case.

7) THE REPUBLIC OF ECUADOR, THE PORT AUTHORITY OF GUAYAQUIL unilaterally breached the contract causing irreparable harm to the Plaintiff.

8) Upon information and belief, the Government of Ecuador has allocate funds in the amount of 4,800,000 USD as a compensation for the breach caused by the previous government, and as of the time of this action, such funds are ready to be disbursed to the attorney LEONIDAS EFRAIN PLAZA VERDUGA and his "SHAM" COMPANY STOCK & FUND MANAGERS OVERSEAS INC (S&F MANAGERS OVERSEAS INC).

*See Additional page.*

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The Defendant entered into an agreement with ZOFRAGUA SA., and through its holding company STOCK AND FUND MANAGERS OVERSEAS  S.A. received the amount of $12,000,000 USD. Nevertheless, once the government change took place, president RAFAEL CORREA decided to cancelled several projects including the project to develop the FREE ZONE OF THE PORT OF GUAYAQUIL.

It is important to note that the current government as mentioned above has inititate procedures to compensate the parties harmed by the acts of the previous government.

ADDITIONAL PAGE – (CONTINUATION OF STATEMENT OF CLAIM)

III. Statement of Claim


9) At all times, Defendants LEONIDAS EFRAIN PLAZA VERDUGA as a lawyer for ZOFRAGUA, S.A. owned by Plaintiff (STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANONIMA), a Costa Rican  Corporation and Plaintiff in this action, LEONIDAS PLAZA DIAZ also an attorney for this entity, CARLOS AROSEMENA BAQUERIZO, VICTOR MANUEL ANCHUNDIA PLACES AND CARLOS XAVIER CADENA ASENCIO conspired to create a "similar entity under the Laws of Panama named: "STOCK & FUND MANAGERS OVERSEAS, INC (A Panamanian Corporation) with the sole purpose to confuse the courts of the Judicial Circuit of Ecuador where funds have been approved as restitution to be paid to the Plaintiff "for ZOFRAGUA S.A. STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANONIMA, a Costa Rican  Corporation"

10) By creating an entity "with an identical name" but registered in a different jurisdiction, the Defendants herein, used their position and appointment as Attorneys of the Plaintiff and as " Fiduciary agents" to claim and receive funds for the restitution settlement

11) Upon information and belief, the Defendants have already received the funds from the Ecuadorian court in the amount of FOUR MILLION SEVEN HUNDRED NINETY THREE THOUSAND SEVEN HUNDRED AND SIXTY NINE DOLLARS. Funds that were allocated to the Plaintiff ZOFRAGUA, in BANECUADOR S.A. (STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANONIMA), a Costa Rican Corporation. Copy of the Judicial Payment Order is hereby attached as Exhibit "E".

12) The above mentioned funds were already deposited into the account of the Defendant LEONIDAS EFRAIN PLAZA VERDUGA with Receipt Number 09-80-200-0158 on June 18, 2019. See Exhibit "E".

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.     The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The AMOUNT IN CONTROVERSY IS FOUR HUNDRED MILLION DOLLARS ($400,000,000.00 USD).

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)*     SEYED MOGHANI as Assignee of S&T Managers Overseas SA     , and the defendant, *(name)*     THE PORT AUTHORITY OF GUAYAQUIL gov of Ecuador, ETAL     , made an agreement or contract on *(date)*     _____     . The agreement or contract was *(oral or written)*     written     . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. The Plaintiff has been harmed by the acts and actions of the Defendants and requests expectation damages in the amount of $400,000,000.00 USD.

2.The Plaintiff also requests equity relief as an Injunction Order to direct the court of Ecuador (Guayaquil) where the funds payable to S&F FUND MANAGERS OVERSEAS S.A had been already authorized by the Government of Ecuador for payment and are currently with the court registry account. This Injunction Order is neccesary to stop payment to any third entity including but not limited to the "sham" and unauthorized company S&F FUND MANAGERS OVERSEAS INC, created by attorney LEONIDAS PLAZA VERDUGA & LEONIDAS PLAZA DIAZ both attorneys at the firm of PLAZA VERDUGA & PLAZA in the city of Guayaquil, entity as mentioned above created with the sole intention to collect the mentioned funds that belong to their client S&F FUND MANAGERS OVERSEAS S.A. and now the assignee and Plaintiff Mr. SEYED MOGHANI

3) An Order directing the EMBASSY OF THE UNITED STATES IN ECUADOR for the cancellation of the UNITED STATES VISAS (B1/B2) granted to i) LEONIDAS PLAZA VERDUGA and ii) LEONIDAS PLAZA DIAZ for their fraudulent and criminal acts against United States persons, including the Plaintiff in this action,

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     6/24/2019

Signature of Plaintiff

Printed Name of Plaintiff    Seyed M. Moghani

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**B.      For Attorneys**

Date of signing:        _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

# " EXHIBIT A"



Guayaquil, 5 de Junio de 2002

**SEÑOR**
**ALFREDO JURADO V.**
**GERENTE DE AUTORIDAD PORTUARIA DE GUAYAQUIL**
**CIUDAD.-**

De mis consideraciones:

Con mi cordial saludo, me permito dirigir a usted y por su digno intermedio ante quien corresponda, con el propósito de solicitarle de manera expresa y urgente se autorice de manera permanente a la Compañía General De Construcciones S. A. para que de inicio a la obra civil de la Zona Franca Del Guayas en los terrenos que nos fueron entregados legalmente en comodato.

La mencionada compañía constructora previa selección ha sido adjudicataria de la mencionada obra.

Reiterándole mis sentimientos de mi alta consideración y estima.

Atentamente

**SANDRO COGLITORE CASTILLO**
**GERENTE GENERAL**
**ZOFRAGUA S. A.**

Copia para: Presidente A. P. G.
                    Presidente ZOFRAGUA S. A.
                    Gerente General Compañía General de Construcciones S. A.

Scanned by CamScanner

Guayaquil, Noviembre 28 del 2002

Señor
Dr. Raúl Gómez Ordeñana
Gerente AUTORIDAD PORTUARIA DE GUAYAQUIL
Ciudad.-

**Asunto: Iniciación de los trabajos de excavación, relleno y compactación de terrenos de Zona Franca del Guayas**

De nuestras consideraciones:

Por la presente cumplo con informarle que ya se están realizando los trabajos de excavación, relleno y compactación de los terrenos cedidos en comodato por Autoridad Portuaria de Guayaquil, para la Zona Franca del Guayas.

Dichos trabajos los está realizando la empresa Compañía General de Construcciones, para lo cual se ha designado como Fiscalizador de la Obra al Ing. Enrique Lullini, el cual junto con un ayudante verificarán los trabajos que realizará la empresa antes mencionada.

Agradeceré designar a una persona del Departamento Técnico de Autoridad Portuaria de Guayaquil la misma que deberá coordinar con el Ing. Enrique Lullini las obras en ejecución.

Muy Atentamente,

Ing. Hans Collin M.
Gerente General ZOFRAGUA S.A.

HC/af

c.c. archivo AUTORIDAD PORTUARIA



| | |
|---|---|
| PBX: | 480120 |
| FAX: | 593 – 4 - 483748 |
| CASILLA: | 09-01-5739 |
| PUERTO | MARITIMO |
| GUAYAQUIL - ECUADOR | |
| AMERICA | DEL SUR |

**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1958

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

Guayaquil, 04 de diciembre del 2002

P-098-2002

Señor Ingeniero
**Hans Collin Morales**
**GERENTE GENERAL**
**ZOFRAGUA S.A.**
Ciudad

De mis consideraciones:

En respuesta a su atento oficio de fecha 28 de noviembre del presente año, tengo el agrado de informarle que el Directorio de la entidad en sesión ordinaria celebrada el día 03 de los corrientes, resolvió designar como contraparte por APG, al Jefe del Departamento de Ingeniería de la entidad, Ing. Alex Villacrés Sánchez, con el apoyo del Arq. Víctor Lituma Vera del mismo departamento, fiscalizador de los trabajos que se realizarán en los terrenos entregados en comodato a ZOFRAGUA S.A.

Muy atentamente,

**AB. RAÚL GÓMEZ ORDEÑANA**
**PRESIDENTE DEL DIRECTORIO**

avp

Copia: Archivo

RECIBIDO
3 - DIC 2002
ZOFRAGUA S.A.
17:31 pm



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

PBX 480120 - FAX 483748
Casilla: 09-01-5739
Vía Puerto Marítimo
Guayaquil - Ecuador
Sud - América

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

DING 3885    09 DIC 2002

SR. ING.
HANS COLLIN M.
GERENTE GENERAL DE
ZOFRAGUA S.A.
CIUDAD

Ref. Oficio de noviembre 08 del 2002.

De mis consideraciones:

Mediante comunicación interna G-807-02 del 4 de diciembre/02, he sido notificado por el Gerente de nuestra Entidad, Señor Alfredo Jurado Von Buchwald, que el Directorio de APG ha resuelto designarme como contraparte en la coordinación de los trabajos que ZOFRAGUA realizará en los terrenos de Zona Franca del Guayas.

Por lo expresado, procederé a partir de hoy a la mencionada coordinación con el Fiscalizador de la obra, el Ing. Enrique Lullini. Para efectos de una ágil y oportuna comunicación, hago de vuestro conocimiento mis números de teléfono y direcciones de correo electrónico:

Autoridad Portuaria de Guayaquil 480120, ext, 302 y 303
Celular : 099610180
E-mail APG: alexvillacres@puertodeguayaquil.com
E-mail personal : alexv@ucsg.edu.ec.

Atentamente,

ING. ALEX VILLACRÉS SÁNCHEZ
JEFE DEPARTAMENTO DE INGENIERÍA

ndez/.

Copias:  Presidencia, Gerencia
         Cont. Gestión, Ing. Enrique Lullini
         Unidad de Secretaría General
         Archivo



**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1968

**EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL**

Guayaquil, 22 JUL 2003    12:05
UCG- 2162

**Señores**
**ZOFRAGUA**
**Ciudad.-**

**De mis consideraciones:**

De acuerdo a la Resolución del Directorio efectuada el día **17 de Junio de
2003**, en la que se aprueba la Ampliación del plazo de ejecución de
trabajos, solicitamos se nos remita el cronograma actualizado con los
respectivos valores, que se incorporarán en la Minuta de Comodato.

Atentamente,

**CPFG-SP JORGE FIERRO LUNA**
**GERENTE**

JGR/VOT

Copias.  Unidad Secretaría General
Asesoría Jurídica
Analista Técnico
Archivo.



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

---

**EL PROGRESO LLEGA A BUEN PUERTO, PUERTO CONFIABLE DE GUAYAQUIL**

Guayaquil, 22/FEB/2006
UAJ-000629

**Señora Ingeniera**
**Narcisa Fabre**
**Zofragua S. A. Zona Franca de Guayaquil**
**Ciudad.-**

De nuestras consideraciones:

Acuso Recibo de su Oficio de fecha 2 de febrero del 2006, ingresado a la Unidad de Secretaria General de la entidad el 6 del mismo mes y año, mediante el cual nos solicita se remita una copia del acta en que Autoridad Portuaria de Guayaquil, resuelve aprobar la ampliación del plazo del comodato a favor de Zofragua S. A. ante lo cual expongo lo siguiente:

Adjunto encontrará una copia de la Resolución adoptada por el Directorio de la entidad en sesión del 16 de noviembre del 2005, que guarda relación con la suscripción del addendum correspondiente para ampliar el plazo del contrato de comodato con Zofragua hasta el 31 de diciembre del 2006.

Reitero mis sentimientos de consideración y estima.

Atentamente,

**VALM. TIMOSHENKO GUERRERO R.**
**GERENTE (E)**

PVL/SMP

CC Unidad de Secretaría General
Archivo



---

Portal: www.puertodeguayaquil.com - Dirección: Ave. 25 de Julio – Vía Puerto Marítimo
PBX: 2480120, 2480083  Fax: 593 – 04 – 2484728 – Casilla: 09 – 01 – 5739
Guayaquil – Ecuador – América del Sur

Scanned by CamScanner



ZOFRAGUA

**UN CAMINO AL DESARROLLO**

Guayaquil, 28 de noviembre del 2006

Señor Almirante
**FERNANDO DONOSO MORAN**
**PRESIDENTE DEL DIRECTORIO DE**
**AUTORIDAD PORTUARIA DE GUAYAQUIL,**
Ciudad

De nuestras consideraciones:

Nos es grato dirigirnos a usted y por su intermedio al Directorio de su digna presidencia para comunicarle que con fecha 30 de octubre del 2006 entre Zofragua S. A., **S & F MANAGERS OVERSEAS LTD. Y CAR TRUST FINANCE,** se ha suscrito un Acuerdo de Intención mediante el cual se definen los términos de financiamiento y seguridad de cumplimiento del desarrollo de la Zona Franca que administra Zofragua S. A.

Como es de conocimiento de ustedes el proyecto Zofragua ha sufrido un severo atraso en su ejecución debido tanto a la falta de financiamiento para su construcción, como, al atraso en las obras complementarias de la construcción de la calle "P", cerramiento del predio como medida de seguridad y la adecuación y desvío del canal de aguas que atraviesa el predio cedido en comodato, cuyas ejecuciones han sido compromiso de Autoridad Portuaria de Guayaquil.

Sumado a la falta de recursos para financiar la construcción y al atraso de las obras complementarias se ha debido lidiar con aspectos de inseguridad jurídica presentes en nuestro país por lo cual, en el transcurso del tiempo varias propuestas de inversionistas nacionales y extranjeros para financiar y desarrollar el proyecto han sufrido deserción. En ésta oportunidad las empresas de inversión **S & F MANAGERS OVERSEAS LTD. Y CAR TRUST FINANCE** de nacionalidad Panameña, con quienes hemos dado el primer paso al suscribir un Acuerdo de Intención para la construcción de la obra, han requerido que solicitemos ante el Directorio de la Autoridad Portuaria de Guayaquil, la implementación de mínimas garantías previas a fondear el proyecto. Por estas razones, de manera formal solicitamos a usted y por su digno intermedio al Directorio de Autoridad Portuaria de Guayaquil que se sirvan emitir las siguientes resoluciones:

ZOFRAGUA S.A. Zona Franca del Guayas
Av. 25 de Julio, vía intersección Av. Carlos Tomalá y Calle "P", vía al Puerto Marítimo



1.-     La ampliación del plazo de ejecución de obras hasta  el   31 de diciembre del 2008,  fecha en la cual se deben estar realizando operaciones de comercio exterior en la Zona Franca, de acuerdo al Cronograma Valorado de Obras,  comprometido por los inversionistas  que contempla la construcción del proyecto en tres etapas debiendo concluir la construcción  de la primera etapa de 10,32 hectáreas en julio/07, la segunda etapa de   10.44 hectáreas en julio/08 y  la tercera etapa de 11,54 hectáreas en julio/09, tal como aparece detallado en el Cronograma  cuya  copia física se adjunta al igual que su presentación en medio magnético.

2.-     La Reforma al Convenio de Comodato suscrito  el 3 de Octubre del 2001 entre la Autoridad Portuaria de Guayaquil  y  Zofragua S. A., cuya implementación solicitada   contiene las mínimas condiciones de estabilidad que garantizan por lo menos el resarcimiento de la inversión.  Para este efecto nos permitimos adjuntar el texto con las reformas sugeridas por los inversionistas para que sea sometida a discusión y consideración del Directorio de  la Autoridad Portuaria de Guayaquil.

De requerirse por parte   del Directorio  la ampliación y explicación de los detalles sobre  la construcción de la obra  y sobre la  fundamentación  de las Reformas al Comodato, el Consorcio de Inversionistas pone a disposición una presentación  directa  y personalizada de los varios aspectos  que involucran la negociación y  desarrollo de la Zona Franca.

En la seguridad de la atención prioritaria que estamos seguros se dará a la presente solicitud, anticipamos nuestro agradecimiento, a la vez; que aprovechamos ésta oportunidad para reiterarle nuestros sentimientos de alta consideración y estima.

Muy atentamente,

Ing. César Rohón Hervas
PRESIDENTE

Ing. José Centeno Abad
GERENTE GENERAL

Scanned by CamScanner



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1958**

**EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL**

Guayaquil, 15 de diciembre de 2006
UCD-005667

Señores
**Ing. César Rohón Hervas, Presidente**
**Ing. José Centeno Abad, Gerente General**
**ZOFRAGUA S.A.**
Ciudad

De mis consideraciones:

Cumplo en informar a ustedes que, de conformidad con lo resuelto por el Directorio en sesión celebrada el día 13 de diciembre del presente año, conocido vuestro oficio del 28 de noviembre de 2006 dirigido al Presidente del Directorio de APG, se resolvió prorrogar el plazo de ejecución de obras en el terreno entregado en comodato hasta el 31 de diciembre de 2008.

Este Directorio también resolvió que por lo menos el 50% de la primera etapa del cronograma valorado de obras deberá estar ejecutado hasta el 31 de diciembre de 2007, para mantener la prórroga de plazo antes mencionada.

Está pendiente la presentación del informe legal de la Unidad de Asesoría Jurídica, respecto a las reformas al contrato presentado en su comunicación; así como el informe del Analista Técnico que se encuentra revisando el cronograma valorado de obras en las tres etapas.

Hago propicia esta oportunidad para reiterarles los sentimientos de mi distinguida consideración y estima.

Muy atentamente,

**LUIS I. TORRES CHECA**
**GERENTE-SECRETARIO**

FFC/avp

Cc: Presidencia
    Unidad de Secretaría General
    Archivo



**AUTORIDAD PORTUARIA DE GUAYAQUIL, 1958**

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

# COMUNICACIÓN INTERNA

DE: JEFE DEPARTAMENTO TECNICO (E)      No: DTEC-1314-2007

PARA: GERENTE      FECHA: 27–DIC- 2007
      JEFE U. CONTROL GESTION

ASUNTO:  INFORME MENSUAL DE FISCALIZACIÓN DE CONTRATOS DE COMODATOS.

REF:     a) UCG-456-2007 y UCG-481-2007
         b) Oficio s/n de Gerente General de Zofragua (6 de diciembre del 2007)

En atención a la disposición en las comunicaciones de la referencia, se presenta el informe mensual de Fiscalización correspondiente al mes noviembre, de los siguientes Contratos de Comodato:

## 1.- ZOFRAGUA

### DATOS DEL COMODATO

| | |
|---|---|
| Firma de Contrato de Comodato: | 3 de octubre del 2001 |
| Comodante: | APG |
| Comodatario: | Sociedad Mercantil Zofragua S.A. |
| Área de Terreno: | 326.220,00 m2 |
| Plazo: | 50 años |

### Linderos

| | |
|---|---|
| Norte: | Calle Cacique Tómala con 522,98 m |
| Sur: | Calle H con 465,09 metros |
| Este: | Calle Eloy Alfaro y terrenos Exp. Noboa con 735,34 m |
| Oeste: | Prolongación de la calle P con 140,10 m ÷571,51 ÷ 43,30 m |
| Perímetro: | 2479 metros. |

1

Scanned by CamScanner



**AUTORIDAD PORTUARIA, 1958**
DE GUAYAQUIL

EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL

## Antecedentes

- Con Fecha 3 de octubre del 2001, fue firmado el comodato entre Zofragua y APG en el cual se cedían 326.220 m2. De acuerdo al contrato de comodato en su **cláusula sexta:- PROGRAMA DE INVERSIÓN Y DE EJECUCIÓN:** el cronograma de actividades de inversiones debió iniciarse a partir de la suscripción del mencionado comodato y su plazo de 24 de meses con un valor no menor a $ 7´000.000,00.

- Con fecha 13 de diciembre del 2005 se firma un ademdum al contrato de comodato en mención, con el objeto de ampliar el plazo establecido en la cláusula sexta del documento antes mencionado; trasladando el término de las actividades de ejecución de obra para el 31 de diciembre del 2006.

- Mediante oficio s/n del 28 de noviembre del 2006 el Presidente y Gerente de Zofragua Ing. Cesar Rhon Hervas e Ing. José Centeno Abad respectivamente solicitan al Presidente del Directorio de APG de esa fecha Almirante Fernando Donoso Moran, entre los puntos más importantes la ampliación del Plazo de ejecución de obras hasta el 31 de diciembre del 2008.

- Mediante resolución PD-353-2006 del 13 de diciembre de ese año el Directorio de APG resolvió autorizar al Gerente la suscripción del Ademdum correspondiente para ampliar el plazo del contrato de comodato hasta el 31 de diciembre del 2008, condicionado que hasta el 31 de diciembre del 2007 se cumpla al menos con el 50% de las obras planificadas para la primera etapa.

Inversión estimada en Primera Etapa: USD. $. 5´583,097.58

50% de Inversión en Primera Etapa:  USD. $. 2´791,548.79

## CRONOGRAMA VALORADO.-

El cronograma valorado presentado por Zofragua, considera un período de ejecución desde el 01 de agosto de 2007 hasta el 31 de diciembre de 2008, y los trabajos se clasifican en 3 etapas, cuyos montos de inversión se detallan a continuación:

1.- Primera Etapa:

| | |
|---|---|
| Inicio de Trabajos: | 01 de agosto de 2007 |
| Término de trabajos: | 31 de diciembre de 2007 |
| Extensión: | 10.32 Has. |
| Inversión: | USD. $. 5´583,097.58 |

2

Scanned by CamScanner



**AUTORIDAD PORTUARIA, 1988**
DE GUAYAQUIL

---

**EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL**

2.- Segunda Etapa:

| | |
|---|---|
| Inicio de Trabajos: | 01 de enero de 2008 |
| Término de trabajos: | 30 de junio de 2008 |
| Extensión: | 10.44 Has. |
| Inversión: | USD. $ 4'171,620.35 |

3.- Tercera Etapa:

| | |
|---|---|
| Inicio de Trabajos: | 01 de julio de 2008 |
| Término de trabajos: | 31 de diciembre de 2008 |
| Extensión: | 11.54 Has. |
| Inversión: | USD. $. 2'109,242.95 |

**INFORME TECNICO DE LA INSPECCION REALIZADA.-**

Vale indicar, que Zofragua ha entregado los planos Arquitectónicos con énfasis en la Regeneración Urbana y los diseños definitivos del Sistema de Agua Potable, Aguas Servidas, Aguas Lluvias, Instalaciones Eléctricas, Telecomunicaciones y Seguridad.

En la reunión de trabajo sostenida en las oficinas de Zofragua (Ex Comisariato de los Trabajadores de APG) con el Arquitecto Edgar Armijos G-R e Ing. Claudio Luque, responsables técnicos de Constructora Valero, que es la compañía responsable de la ejecución de los trabajos para el desarrollo de la Zona Franca y de la inspección realizada el Miércoles 12 de Diciembre del 2007, se constató lo siguiente:

**1.- Primera Etapa.**

Los trabajos se iniciaron en Agosto de 2007 y se han desarrollado las siguientes actividades de obra, que se detallan a continuación:

- Remodelación y acondicionamiento del Edificio del Ex Comisariato de Empleados de APG para el funcionamiento de las oficinas de Zofragua, que se encuentra concluido. Los trabajos ejecutados son: construcción de cisterna y pozo séptico, acometida eléctrica independiente, aire acondicionado central y demás instalaciones con acabados de primera; así mismo en la parte exterior, se encuentra habilitada el área de jardinería y de parqueos.

En el área destinada para el desarrollo de la primera etapa se encuentran ejecutadas las siguientes actividades:

- Excavación y Relleno compactado en toda el área del terreno.
- Suministro e Instalación de Tuberías de Hormigón Simple y PVC para Aguas Servidas

3

Scanned by CamScanner



**AUTORIDAD PORTUARIA**
DE GUAYAQUIL, 1958

---

**EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL**

- Suministro e Instalación de Tuberías de PVC Unión Elastomerica y Accesorios para Agua Potable
- Suministro e Instalación de Tuberías de PVC para Aguas Lluvias
- Construcción de una parte del Cerramiento del lado Este.
- Se ha construido parte de los bordillos cuneta y de los bordillos parterre
- Se ha construido las cámaras de hormigón armado
- Se ha construido parte de las cajas domiciliarias y de las cajas de revisión

INVERSION EN PRIMERA ETAPA: USD $. 2´267,294.82

Las actividades atrasadas en base al cronograma de obra de la Primera Etapa son las siguientes:

- Una parte de los bordillos cuneta y bordillos parterre.
- Una parte de las cajas domiciliarias y de revisión.
- Cisterna, Bomba, Instalación de medidores
- Parte del suministro e instalación de válvulas.
- Instalaciones eléctricas.

2.- Segunda y Tercera Etapa.

- Se encuentra colocada la precarga de relleno en una altura aproximada de 3.50 metros sobre las calles proyectadas. Vale indicar, que cuando se retire la precarga, este material se lo utilizará en las áreas adyacentes a las calles.
- Para la colocación de la precarga de estas etapas se hizo necesario habilitar una vía de acceso.
- El colector principal de aguas lluvias de la Primera Etapa se lo ha continuado hasta la Tercera Etapa, para que descargue al canal abierto existente en el lindero Este, a fin de minimizar los riesgos de inundación en la próxima estación invernal. Es necesario señalar que este canal abierto descarga al Estero Cobina.

INVERSION EN SEGUNDA ETAPA: USD $. 557,757.54

INVERSION EN TERCERA ETAPA: USD $. 185,919.18

VALORACION DE LOS TRABAJOS EJECUTADOS A LA FECHA.-

Considerando el tiempo de ejecución de obras desde el 01 de agosto de 2007 hasta el 30 de noviembre del 2007, se estiman los siguientes montos de inversión:

MONTO DE INVERSION: USD. $. 2´791,548.79
Dispuesto por Directorio APG
(Hasta Diciembre 31 de 2007)

4



**AUTORIDAD PORTUARIA**
**DE GUAYAQUIL, 1988**

**EL PROGRESO LLEGA A BUEN PUERTO, EL PUERTO CONFIABLE DE GUAYAQUIL**

| | |
|---|---|
| PRIMERA ETAPA | USD $. 2'267,294.82 |
| SEGUNDA ETAPA | USD $. 557,757.54 |
| TERCERA ETAPA | USD $. 185,919.18 |

MONTO DE INVERSION: USD. $. 3'010,971.54
(Hasta Noviembre 30 de 2007)

CONCLUSIONES.-

Zofragua ha cumplido con la Inversión a ejecutarse en la Primera Etapa, en un plazo menor a lo programado.

Vale reiterar que este Departamento ha cuantificado los valores de inversión, de conformidad a los datos que nos ha entregado el Arquitecto Edgar Armijos González – Rubio, funcionario de Constructora Valero y a la verificación del avance de obra en sitio.

Finalmente, estamos adjuntando las fotografías tomadas el 12 de Diciembre del 2007, fecha en la cual se realizó la inspección de obra.

AUTORIDAD PORTUARIA DE GUAYAQUIL

Ing. Nav. Galo Paredes Torres
JEFE DEPARTAMENTO TÉCNICO (E)

5

Scanned by CamScanner

" EXHIBIT B"



**PRESIDENCIA
DE LA REPUBLICA**



**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

## ACTA DE VERIFICACION DE CUMPLIMIENTO DE AVANCE DE OBRAS
## DE LA ZONA FRANCA "ZOFRAGUA S.A."

En la ciudad de Guayaquil a los 25 días del mes de septiembre de 2.008, los señores Dr. Xavier Drouet, Director Ejecutivo (E), y Sr. Iván Reyes, Técnico A, delegados del Consejo Nacional de Zonas Francas conjuntamente con el Sr. Fausto Benites, Gerente General de la empresa administradora ZOFRAGUA, nos constituimos en el lugar donde funciona dicha Zona Franca con el objeto de determinar el cumplimiento del avance de obras sobre las propuestas presentadas a las diferentes instituciones, así como la verificación de su funcionamiento.

### 1) ANTECENDENTES:

- Según el testimonio de la Escritura Pública, celebrada en Guayaquil el 3 de octubre del 2000, se ceden en Comodato a la empresa ZOFRAGUA S.A., 326.220 m² de terreno de propiedad de Autoridad Portuaria de Guayaquil.
- Mediante Decreto Ejecutivo No. 1955-B, publicado en el R.O. No. 439 del 24 de octubre de 2001, se otorga la autorización de concesión, operación y establecimiento de la empresa ZOFRAGUA S.A., en la ciudad de Guayaquil, provincia del Guayas, en la cual se instalarán empresas industriales, comerciales, turísticas y de servicios. Este mismo Decreto Ejecutivo, menciona en su Artículo 3 que la empresa deberá cumplir con las inversiones, cronogramas y plazos presentados en el estudio de factibilidad económica, debiendo el CONAZOFRA ejercer el control pertinente.
- Mediante Adendum del Contrato de Comodato que celebraron Autoridad Portuaria de Guayaquil con ZOFRAGUA con fecha 11 de enero de 2007, se adjunta el Presupuesto y Flujo de Trabajo de Obras de Infraestructura para la Construcción de la Zona Franca que considera tres etapas de desarrollo. Dicho cronograma tiene planificado un horizonte en el tiempo desde junio de 2007 hasta junio del 2010 para la finalización del 100% de la infraestructura.
- Después de ser acreedora a dos prórrogas de plazo para comenzar su operación y no haberlas cumplido dentro de lo establecido en las mismas, el Consejo Nacional de Zonas Francas reunido el 20 de marzo de 2008, resuelve otorgar un último plazo adicional (hasta el 30 de Septiembre de 2008) para cumplir con las inversiones, cronogramas y plazos presentados. De igual manera, se resuelve solicitar a la Dirección Ejecutiva un informe periódico acerca de los avances en las inversiones realizadas en ZOFRAGUA S.A. de acuerdo al cronograma presentado por la empresa.
- La Dirección Ejecutiva ha estado recibiendo informes periódicos de avance de obra por parte de la empresa administradora, con el objeto de cumplir con la resolución emitida por el Consejo Nacional de Zonas Francas.

### 2) COMPROMISOS DE INVERSIÓN

Los compromisos de inversión han sido segregados de acuerdo a lo que compete a cada institución o compromiso asumido por la empresa ZOFRAGUA S.A.

Scanned by CamScanner

**PRESIDENCIA
DE LA REPUBLICA**

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

a) De acuerdo al Estudio de Factibilidad presentado al CONAZOFRA para concesionarse como zona franca

De acuerdo al estudio de factibilidad presentado al CONAZOFRA, mediante el cual se sugirió al Presidente de la República de ese entonces concesionar a ZOFRAGUA como empresa administradora de zona franca, los compromisos fueron los siguientes (se incluye la inversión real a la fecha de referencia y el porcentaje de cumplimiento):

|  | Comprometido | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 7.305.239,00 | 5.735.390,15 | 79% |

Cabe destacar que estos compromisos corresponden al 2001, cuando la zona franca estaba a cargo de otra administración (Cámaras de la Producción de Guayaquil) por lo que el monto total de inversión anteriormente comprometido significa la totalidad de la construcción de la zona franca, en otras condiciones a las que actualmente se somete la empresa administradora (contratos de fondeo, administración nueva, venta accionaria hacia empresas panameñas, etc.). Es de precisar que el compromiso total de inversión del proyecto bajo la actual administración alcanza, en sus tres etapas, US $ 11.863.560,82.

b) Con la Autoridad Portuaria

El cronograma valorado presentado por Zofragua a la Autoridad Portuaria de Guayaquil en el Adendum del Contrato de Comodato, considera un período de ejecución de obra desde junio de 2007 hasta junio del 2010, cuyos trabajos se clasifican en 3 etapas. Los montos de inversión comprometidos con dicha institución son los que se detallan a continuación y cuyos avances han sido comprobados en esta visita:

| Etapa | Comprometido (USD) | Fecha de Compromiso | Real | % Cumplimiento |
|---|---|---|---|---|
| Primera | 4.955.097,67 | Junio 2.008 | 4.651.809,57 | 94% |
| Segunda | 4.127.985,60 | Junio 2.009 | 135.259,11 | 3% |
| Tercera | 2.780.477,55 | Junio 2.010 | 948.321,47 | 34% |
| TOTAL | 11.863.560,82 |  | 5.735.390,15 |  |

Se ha invertido un total de US $ 5.735.390,15 hasta la fecha, lo cual equivale al 116% del monto comprometido para la primera etapa.

c) Con el CONAZOFRA

Este cronograma fue conocido por la Dirección Ejecutiva del CONAZOFRA y sirvió como insumo para elaborar el Informe Ejecutivo No. 14 con el cual el Consejo, reunido el 20 de marzo de los corrientes, resolvió dar un último plazo (30 de septiembre) a la empresa administradora para que cumpla con las inversiones comprometidas.

En tal virtud, ZOFRAGUA ha venido presentando periódicamente a la Dirección Ejecutiva del CONAZOFRA cronogramas de avance de obras. Estos cronogramas tenían compromisos de inversiones versus el avance real de obra, con una fecha límite de hasta el 30 de septiembre (de conformidad con la resolución del CONAZOFRA citada anteriormente). La verificación de las obras ha sido elaborada de acuerdo al último cronograma presentado, que abarca el período del 01 de junio del 2007 al 24 de septiembre del 2008 (1 día antes de la inspección).

Scanned by CamScanner



**PRESIDENCIA
DE LA REPUBLICA**

 3

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

| | Comprometido al 30 de septiembre de 2008 (USD) | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 5.583.097,58 | 5.735.390,15 | 103% |

**d)  De acuerdo al Contrato de Fondeo**

El 17 de agosto de 2007 se suscribe un contrato de fondeo entre el Fideicomiso CAR TRUST FINANCE (de nacionalidad panameña) como el "PRESTAMISTA", la compañía STOCK & FUND MANAGERS OVERSEAS LTD como la "PRESTATARIA" y el "FIDEICOMISO ZOFRAGUA" que comparece exclusivamente para los efectos de recepción de los recursos que se comprometen en este convenio.

Dicho contrato de fondeo también fue conocido por el CONAZOFRA. En la cláusula tercera de este documento el PRESTAMISTA se compromete, actual e incondicionalmente a conseguir recursos financieros y con ellos financiar el desarrollo del proyecto de construcción de la Zona Franca de Guayaquil, hasta por la suma equivalente a US $ 5.500.000,00. Es por esto que con relación a este contrato de fondeo y después de verificar las obras de infraestructura en la zona franca se pueden obtener los siguientes resultados:

| | Comprometido (USD) | Real | % Cumplimiento |
|---|---|---|---|
| TOTAL | 5.500.000,00 | 5.735.390,15 | 104% |

**3) OBRAS PENDIENTES VERIFICADAS**

Estas obras pendientes han sido verificadas de acuerdo a informes de instituciones, empresas o personas que han realizado auditorías del avance de la construcción de la zona franca, cuyos respaldos han sido dados a conocer en el CONAZOFRA.

**a)  De acuerdo al Informe Mensual de Fiscalización de Contratos de Comodatos de la Autoridad Portuaria, de 27 de diciembre de 2007.**

| Rubro | Realizadas | | Explicación / Justificación |
|---|---|---|---|
| | Si | No | |
| Parte de los bordillos cuneta y bordillos parterre | X | | |
| Parte de las cajas domiciliarias y de revisión | X | | |
| Cisterna, bomba, instalación de medidores | X | | |
| Parte del suministro e instalación de válvulas | X | | |
| Instalaciones eléctricas | | X | Las instalaciones eléctricas están retrasadas debido a que la empresa administradora solicitó la autorización al CONAZOFRA para ingresar materiales para la adecuación de una subestación eléctrica, alumbrado público y cableado subterráneo. |

Dirección: Calle Robles E4-176 y Av. Amazonas, Edif. R...

Scanned by CamScanner



**PRESIDENCIA
DE LA REPUBLICA**



4

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

b) De acuerdo al Oficio Z-01-11-2007 del Arq. Carlos Rodríguez de fecha 5 de noviembre de 2007, en el cual se hace un informe sobre los avances de obras efectuados en Zofragua por la empresa Constructora Valero a petición del Oficial de negocios de Trust Fiduciaria S.A., Sra. María Fernanda Enderica

| Rubro | Realizadas | | Explicación / Justificación |
|---|---|---|---|
| | Sí | No | |
| Bordillos cuneta | X | | |
| Cajas domiciliarias | X | | |
| Pruebas y desinfección de tuberías de AA.PP. | X | | |
| Aceras | X | | |
| Resanes y limpieza, pruebas eléctrica, AA sanitarias | X | | |

Dirección: Calle Robles E4-136 y Av. Amazonas, Edif. Business, Calle Timbi...

Scanned by CamScanner

Scanned by CamScanner

**PRESIDENCIA**
**DE LA REPÚBLICA**

**CONAZOFRA**
**CONSEJO NACIONAL DE ZONAS FRANCAS**

c) De acuerdo al Cronograma de Avance de Obras presentado al CONAZOFRA planificado hasta el 31 de septiembre de 2008 y con corte al 24 de septiembre de 2008.

| Rubro | Comprometido | Real | % Cumplimiento | Explicación / Justificación |
|---|---|---|---|---|
| Preliminares | 167.003,04 | 173.481 | 104% | |
| Movimiento de tierra Fase I | 1.081.021,22 | 1.081.021,22 | 100% | |
| Movimiento de tierra Fase II | ------------ | ------------ | | No se llevó a cabo ya que esta obra fue ejecutada en la primera etapa. |
| Pavimento Fase I | 705.022,20 | 502.132,17 | 71% | No se ha finalizado el pavimento en la entrada de la zona franca debido a que se está esperando la pavimentación de la Calle P, a cargo de la Autoridad Portuaria, para después empatar las dos obras a la misma altura. |
| uministro e instalación de tuberías para guas servidas | 24.622,65 | 24.622,65 | 100% | |
| istema de tratamiento en 3era etapa | ------------ | ------------ | | Este rubro fue reclasificado en "planta de tratamiento" cuyo monto se puede evidenciar posteriormente |
| uministro e instalación de tuberías para agua otable | 49.822,48 | 49.822,48 | 100% | |
| uministro e instalación de válvulas | 105.626,66 | 105.626,66 | 100% | |
| uministro de instalación de tapones, ductores, tees, cruces y codos de PVC | 7.613,64 | 7.613,64 | 100% | |
| uministro e instalación de tuberías de HS y A para aguas lluvias | 98.457,53 | 98.457,53 | 100% | El muro de ala no se construyó porque no justifica todavía su creación. Será necesario cuando se tenga el canal de aguas lluvias en la tercera etapa. |
| anal de aguas lluvias este | ------------ | ------------ | | No son necesarios al momento. Están previstos para la segunda y tercera etapa. |
| anal de aguas lluvias sur | ------------ | ------------ | | Esta obra no se va a realizar debido a que se prevé construir un canal en vez de este ducto de cajón (por temas de costos). |
| ucto cajón de aguas lluvias | 116.331,54 | ------------ | | |
| rramiento este H=3,00 – LONG=695 ML | ------------ | ------------ | | Este cerramiento ya estaba construido por parte de las instalaciones vecinas a ZOFRAGUA, es decir, la APG y una empresa carbonera. |
| rramiento sur H=3,00 – LONG=404 M | 13.348,16 | 13.348,16 | 100% | |
| rramiento de tubo y malla | ------------ | ------------ | | Este rubro fue reclasificado en "substación eléctrica, cableado de baja tensión, alumbrado público, cerramiento y bases y cableado central" cuyo monto se puede evidenciar posteriormente. |
| stalación eléctrica primera etapa | 287.589,06 | ------------ | | |

Dirección: Calle Robles E4-136 y Av. Amazonas. Edif. Proinco – Calisto, Piso 11.
Telf.: 2559 634 / 2225 494 / 2223 612
www.conazofra.gov.ec

Scanned by CamScanner

Case 1:19-cv-22281-BB  Document 1  Entered on FLSD Docket 06/04/2019  Page 29 of 39




**PRESIDENCIA DE LA REPÚBLICA**

**CONAZOFRA**
**CONSEJO NACIONAL DE ZONAS FRANCAS**

| Descripción | Presupuestado | Ejecutado | % | Observaciones |
|---|---|---|---|---|
| Instalación eléctrica segunda y tercera etapa | 558.714,08 | | | Está considerada para la segunda y tercera etapa. |
| Área Verde | 118.236,79 | 41.382,88 | 35% | Se está esperando a tener disponibilidad de agua ya que se va a implantar el área verdes antes causará la muerte de las plantas. El agua será provista por Interagua en la segunda quincena de octubre de 2008, tentativamente. |
| Sistema de riego para área verde | 37.088,60 | 30.908,60 | 83% | Se está esperando el ingreso del área verde. Lo que falta son partes pequeñas que al momento de instalarse serían fáciles de robar o perder. |
| Reconstrucción de edificios existentes | 85.000 | 85.000 | 100% | |
| Movimiento de tierra inicial: relleno compactado (con otra empresa constructora: Compañía General de Construcciones) | 1.504.016,00 | 1.504.016,00 | 100% | |
| SUB-TOTAL | 4.959.513,65 | 3.717.432,99 | 75% | |
| Rubros Ejecutados que no están dentro del presupuesto original | | | | |
| Diferencia en costo de reconstrucción de edificio existente | 231.091,79 | 231.091,79 | 100% | |
| Construcción del galpón modelo | 247.114,27 | 247.114,27 | 100% | |
| Edificio oficinas CAE, seguridad y operaciones | 47.054,61 | 37.643,69 | 80% | Sólo faltan los acabados como el porcelanato, tumbado y pintura. Prevén tener finalizada esta obra la próxima semana. |
| cerramiento Calle P | 124.748,91 | 124.748,91 | 100% | |
| Seguridad Electrónica | 106.117,68 | 45.479,01 | 43% | La seguridad electrónica está demorada debido a que tiene que hacerse de una manera paralela con el cableado subterráneo (en el caso del cableado subterráneo la empresa administradora solicitó la autorización al CONAZOFRA para ingresar estos materiales). |
| alanza | 49.028,34 | 39.222,67 | 80% | Se la está instalando, sólo faltan las últimas adecuaciones de empotrado. |
| Concertina y Cerco eléctrico | 38.331,44 | 25.554,29 | 67% | El proveedor de la concertina se ha demorado debido a falta de disponibilidad de materia prima. |
| ubestación eléctrica, cableado baja tensión, lumbrado público, cerramiento y bases, bleado general | 367.043,90 | 183.521,95 | 50% | La empresa administradora solicitó la autorización a CONAZOFRA para ingresar estos materiales, cuya resolución favorable fue otorgada el 15 de septiembre de 2008. |
| lanta de tratamiento | 360.690,97 | 135.259,11 | 38% | Al momento no es necesaria. Se prevé para la segunda etapa. |
| ovimiento de tierra realizado en tercera apa | 948.321,47 | 948.321,47 | 100% | |
| SUB-TOTAL | 2.519.543,38 | 2.017.957,16 | 80% | |
| TOTAL PRESUPUESTADO | 7.479.057,03 | 5.735.390,15 | 77% | |
| TOTAL COMPROMETIDO CONAZOFRA | 5.583.097,58 | 5.735.390,15 | 103% | |

Dirección: Calle Robles E4-136 y Av. Amazonas. Edif. Proinco – Calisto, Piso 11.
Telf: 2559 634 / 2225 494 / 2223 612
www.conazofra.gov.ec





**PRESIDENCIA
DE LA REPUBLICA**



7

**CONAZOFRA
CONSEJO NACIONAL DE ZONAS FRANCAS**

**4) CONSIDERACIONES FINALES**

Cabe resaltar que los funcionarios del CONAZOFRA han cuantificado los valores de inversión, de conformidad con los datos entregados por la Constructora Valero, empresa encargada de la construcción de la zona franca, y a la verificación del avance de obra in situ. Por lo antes indicado, se verifica que la inversión realizada total asciende a US $ 5.735.390,15.

Para constancia de lo actuado firmamos en unidad de criterio al pie de la presente.

Dr. Xavier Drouet
Director Ejecutivo (E) del CONAZOFRA

Sr. Iván Reyes
Delegado del CONAZOFRA

Sr. Fausto Benites
Gerente de la Empresa Administradora

" EXHIBIT C"

# ESTUDIO JURIDICO PLAZA VERDUGA & PLAZA S.A.

### FUNDADO EN EL AÑO 1969

## CONTRATO DE PRESTACIÓN DE SERVICIOS PROFESIONALES.

En la ciudad de Guayaquil, a los doce días del mes de Abril del año dos mil doce, se celebra el siguiente **CONTRATO DE PRESTACION DE SERVICIOS PROFESIONALES**, entre, por una parte: La compañia **STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA,** representada por su Presidente, y en tal virtud, APODERADO GENERALÍSIMO, el Señor **FERNANDO ERNESTO MARCH GAME**, portador de la cédula de identidad y ciudadanía **No. 0907830632,** conforme lo justifica con el nombramiento que en copia certificada se anexa al presente Contrato *-compañía que a su vez es la principal accionista de la persona jurídica ZOFRAGUA S.A.-* A la que en adelante se las podrá llamar "La Contratante"; y, por otra parte, el señor **DR. LEONIDAS EFRAÍN PLAZA VERDUGA,** Abogado, Matrícula #632 del Colegio de Abogados del Guayas; y, Registro #09-1969-2 del Foro de Abogados del Guayas, a quien en adelante se lo podrá llamar "El Contratado", al tenor de las siguientes cláusulas:

PRIMERA: PROPUESTA Y ACEPTACION.- "La Contratante" tienen a bien contratar al **DR. LEONIDAS EFRAÍN PLAZA VERDUGA,** para que profesionalmente, en su calidad de Abogado, asuma la defensa jurídica de la compañía administradora de Zona Franca, denominada ZOFRAGUA S.A., en la que la compañía, **STOCK & FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA,** es la mayor accionista; defensa jurídica que tiene que ver con todas las acciones administrativas, civiles, penales; y, arbitraje y mediación o de cualquier otra índole que pudiere iniciar ZOFRAGUA S.A., en defensa de sus derechos; o en acciones similares a las antes descritas, que pudieren iniciarse contra la antes mencionada persona jurídica –ZOFRAGUA S.A.-

---

Garcia Moreno No. 913 y Av. 9 de Octubre • Telfs.. 2322596 - 2322597 • Fax: (593-4) 2324668 • Casilla de Correo: 09-01-4719
**plazaverduga@hotmail.com**
Guayaquil - Ecuador

Entre las acciones a las que se viene haciendo mención, se encuentra el trámite administrativo que en los actuales momentos ha iniciado la Autoridad Portuaria de Guayaquil, contra la compañía administradora de Zona Franca, denominada ZOFRAGUA S.A.; y las acciones judiciales, administrativas; y, de arbitraje y mediación, o cualquier otra de similar índole, que debe iniciar ZOFRAGUA S.A., para defender sus derechos e intereses, evitando de esa manera que la Autoridad Portuaria de Guayaquil le cause daños y perjuicios. El **DR. LEONIDAS EFRAÍN PLAZA VERDUGA**, acepta el encargo que se le solicita.

SEGUNDA: CONTRATO Y PAGO DE HONORARIOS PROFESIONALES.- En virtud de lo anterior "La Contratante", en efecto, contrata los servicios profesionales del **DR. LEONIDAS EFRAÍN PLAZA VERDUGA,** para la gestión establecida en la cláusula anterior y de mutuo acuerdo, los contratantes convienen en que los honorarios profesionales que deberá percibir el **DR. LEONIDAS EFRAÍN PLAZA VERDUGA,** por el trabajo que se le encomienda, será:

1.- Al inicio de la gestión, es decir, a la firma de este contrato, la suma de TREINTA MIL 00/100 DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA (US$30.000,oo).

2.- El 50% de lo que la AUTORIDAD PORTUARIA DE GUAYAQUIL, le pague a ZOFRAGUA S.A., por los daños y perjuicios causados derivados de las Resoluciones No.PD-012-2012, de fecha 20 de marzo del 2012, emitida por el Directorio de la Autoridad Portuaria de Guayaquil; y, G-028-2012 de fecha 23 de Marzo del 2012 que fueron notificadas a ZOFRAGUA S.A., el día 26 de Marzo del 2012 mediante Oficio No. APG-G-2012-000317-O, suscrito por el Ab. Juan Carlos Jairala Reyes, Gerente de la Autoridad Portuaria de Guayaquil; y cualquier otra Resolución que tenga que ver, o se derive de las antes mencionadas Resoluciones; o, el 50% de lo que

# ESTUDIO JURIDICO PLAZA VERDUGA & PLAZA S.A.

### FUNDADO EN EL AÑO 1969

**No.2/...**

la Autoridad Portuaria de Guayaquil, le restituya a ZOFRAGUA S.A., en pago por los bienes inmuebles, y demás bienes por adherencia y mejoras realizadas por ZOFRAGUA S.A. en los terrenos de propiedad de la Autoridad Portuaria de Guayaquil, en el tiempo en que estuvo vigente el Contrato de Comodato que se otorgó el día 03 de Octubre del 2001 en la Notaría Décimo Segunda del cantón Guayaquil, el mismo que fue inscrito en el Registro de la Propiedad de Guayaquil, el día 12 de Noviembre del 2001.

CLÁUSULA TERCERA.- ACUERDOS JUDICIALES Y EXTRAJUDICIALES.- Queda plenamente acordado y establecido que para el caso de que "La Contratante", por su propia cuenta, llegue a un acuerdo judicial o extrajudicial con la Autoridad Portuaria de Guayaquil, que ponga término a las diferencias mencionadas en las cláusulas anteriores, que mediante este Contrato se está encargando al patrocinio profesional del Dr. Leonidas Plaza Verduga; "La Contratante" se compromete a pagar al **DR. LEONIDAS PLAZA VERDUGA**, la totalidad de los honorarios profesionales pactados en el presente Contrato, acorde a la fórmula establecida en la Cláusula Segunda, ordinal 2.

CUARTA.- GASTOS.- Queda perfectamente convenido que todos los gastos, que sean necesarios para el inicio de la acción o trámite de arbitraje, corren de cuenta de "La Contratante", es decir, que ella asumirán los costos del trámite del arbitraje que se debe realizar en el Centro de Arbitraje y Mediación de la Cámara de Comercio de Guayaquil.

Los demás gastos que genere cualquiera de los trámites a los que se hace referencia en la presente contratación, se los dividirá en partes iguales entre "La Contratante" y "El Contratado", o sea que, dichos gastos, le corresponderá cubrirlos, el 50% a cada una de las partes que intervienen en la presente contratación.

García Moreno No. 913 y Av. 9 de Octubre • Telfs.: 2322596 - 2322597 • Fax: (593-4) 2324668 • Casilla de Correo: 09-01-4719
plazaverduga@hotmail.com
Guayaquil - Ecuador

QUINTA: JURISDICCIÓN Y COMPETENCIA.- Para el caso de existir algún hipotético reclamo resultante de la aplicación de este Convenio, las partes se someten a la competencia de uno de los Jueces de lo Civil y Mercantil de la ciudad de Guayaquil, Provincia del Guayas, y a la vía Verbal Sumaria.

Para constancia de lo anterior, las partes firman el presente CONTRATO, en original y una copia de igual contenido.

"LA CONTRATANTE":

STOCKS FUND MANAGERS OVERSEAS SOCIEDAD ANÓNIMA
FERNANDO ERNESTO MARCH GAME
C.I. 0907830632

"EL CONTRATADO":

DR. LEONIDAS PLAZA VERDUGA
Abogado
Mat. # 632 C.A.G.
Foro de Abogados-Guayas #09-1969-2



Agregue Usted, Señor Notario, las demás cláusulas de estilo, para

la plena validez de esta Escritura.- (FIRMA ILEGIBLE)

ABOGADO LEONIDAS PLAZA VERDUGA CON

MATRÍCULA NÚMERO CERO NUEVE-UNO NUEVE

SEIS NUEVE-DOS DEL FORO DE ABOGADOS DEL

GUAYAS.- HASTA AQUÍ LA MINUTA QUE YO EL

NOTARIO ELEVO A ESCRITURA PÚBLICA PARA QUE

SURTA LOS EFECTOS DE LEY.- Leída que fue por mí el

Notario, en alta y clara voz a la otorgante, ésta se ratifica y la

firma en unidad de acto, por todo lo cual DOY

FE.-

p.- LA COMPAÑÍA OFRAGUA S

PODERDANTE

R.U.C. # 099214703

ÚRSULA SELENA BO

GERENTE GENERAL

C.C # 090668400-6

"EXHIBIT D"

Date: May 2nd, 2019

## CONTRATO DE CESION DE ACCIONES

El suscrito, Fernando Ernesto March Game, quien es mayor de edad, casado una vez, ingeniero comercial, ecuatoriano, vecino de Miami, Florida, USA, con pasaporte de su país número cero nueve cero siete ocho tres cero seis tres dos, en adelante y para efectos del presente contrato denominado como CEDENTE, y el señor Seyed M. Moghani, residente de Florida, ciudadano de los Estados Unidos de América, en lo sucesivo denominado como CESIONARIO, hemos convenido en el presente contrato de cesión, endoso y traspaso de acciones, el cual se regirá por las siguientes estipulaciones:

1) Por ser interés de las partes y por entero valor recibido, por medio del presente contrato el CEDENTE cede y traspasa el CIEN POR CIENTO de sus acciones comunes y nominativas siendo el único accionista al CESIONARIO por lo que el CESIONARIO es dueño del CIEN POR CIENTO de las acciones de la sociedad denominada S&F MANAGERS OVERSEAS SOCIEDAD ANONIMA cedula jurídica número tres -ciento uno- seis tres dos nueve cero seis (3-101-632906).

2) Las partes autorizan al CESIONARIO para que proceda a dejar el asiento correspondiente en los libros legales inscritos ante la Oficina de Legalización de Libros de la Dirección General de la Tributación Directa, así como a emitir los certificados correspondientes que reflejen la nueva distribución del capital social.

Fernando Ernesto March Game

Seyed M. Moghani

My 2-2019



JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.*

**I. (a) PLAINTIFFS**

Seyed M. Moghan

**DEFENDANTS**

The Republic of Ecuador

FILED BY _____ D.C.

JUN 0 4 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

| II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | | III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)* |
|---|---|---|
| | | *(For Diversity Cases Only)* and One Box for Defendant) |

|  |  |  |  | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* | Citizen of This State ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* | Citizen of Another State ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | | | Citizen or Subject of a Foreign Country ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | Injury Product Liability | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Re-filed *(See VI below)* ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district *(specify)* ☐ 6 Multidistrict Litigation Transfer ☐ 7 Appeal to District Judge from Magistrate Judgment ☐ 8 Multidistrict Litigation – Direct File ☐ 9 Remanded from Appellate Court

**VI. RELATED/ RE-FILED CASE(S)** *(See instructions):* a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE    DOCKET NUMBER:

**VII. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    IFP    JUDGE    MAG JUDGE

AO 440 (Rev. 06/12)   Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Seyed M. Moghani as Assignee
of Stock & fund Managers Oversens
Sociedad Anonima, a Costa Rican Corporation
as the 80% Owner of ZoFragna, S.A
a Ecuadorian Corporation
_____
Plaintiff(s)

Stock and fund Managers
Oversens, Inc
Garcia Moreno   913 & Avenida 9 de Octubre
Guayaquil  Guayas Ecuador
_____
Defendant(s)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Stock and fund Managers Oversens, Inc
Garcia Moreno   913 & Avenida 9 de Octubre
Guayaquil, Guayas   Ecuador

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seyed M. Moghani
9513   S.W   125 ter
Miami   fLorida   33176   U.S.A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-25238

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00____

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*


                                       _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Seyed M. Moghani as Assignee
of Stock & fund Managers Overseas
Sociedad Anonima a Costa Rican
Corporation, as the 80% Owner of
Zotragua S.A. a Ecuadorian Corporation

*Plaintiff(s)*

Leonidas Efrain Plaza Verduga
Garcia Moreno 913 & Avenida 9 de Octubre
Guaquil, Guayas Ecuador
+593 4232 2596

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Leonidas Efrain Plaza Verduga
Garcia Moreno 913 & Avenida 9 de Octubre
Guaquil, Guayas Ecuador

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seyed M. Moghani.
9513 S.W 125 ter
Miami, Florida 33176  U.S.A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Case 1:19-cv-22281-BB   Document 1-2   Entered on FLSD Docket 06/04/2019   Page 4 of 8

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-25238

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                     *Server's signature*

                                             _____

                                                   *Printed name and title*

                                             _____

                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Seyed M. Moghani
as Assignee of Stock & Fund Managers
Overseas Sociedad Anonima, a Costa
Rican Corporation, as the 80% owner of
Zofragua, S.A. a Ecuadorian Corportion

*Plaintiff(s)*

v.

the Port Authority of Guayaquil
Avenida 25 de Julio, Via Puerto Maritimo
Guayaquil Ecuador +593-4201-2000

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

the Port Authority of Guayaquil
Avenida 25 de Julio, Via Pureto Maritino
Guayaquil Ecuador +593-4201-2000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seyed M. Moghani
9513   S.W 125 ter
Miami  Florida  33176   U.S.A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-25238

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
_____ on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___

I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                          *Server's signature*

                                                  _____
                                                          *Printed name and title*

                                                  _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Seyed M. Moghani,
Assignee of Stock of fund Manager
Overseus, Sociedad Anonima, a Costa
Rican Corporation as the 80% Owner of Zaragagua S.A.
a Ecuadorian *Plaintiff(s)* Corporation

v.                                              Civil Action No.

the Republic of Ecuador
Embassy of the Republic of Ecuador
2535 15th St N.W Washington) DC
20009 (202) 234-7200
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

the Republic of Ecuador
Embassy of the Republic of Ecuador
2535 15th street N.W Washington, DC 20009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seyed M. Moghani,
9513 S.W 125 ter
Miami, Fla 33176 U.S.A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-25238

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                        *Server's signature*

                                 _____
                                    *Printed name and title*


                                 _____
                                      *Server's address*

Additional information regarding attempted service, etc:

EXHIBIT "E"



CERTIFICADO DE DEPÓSITO JUDICIAL

**BanEcuador B.P.**
Sucursal: GUAYAQUIL

**FECHA:**
GUAYAQUIL
2019/06/19

**N° COMPROBANTE**
09-80-200-0158

**ORDEN DE RETIRO DE FONDOS**

**PÁGUESE A LA ORDEN DE:**
PLAZA VERDUGA LEONIDAS EFRAIN
CC: 0800641812

**VALOR**
USD4.793.769,42

... CUATRO MILLONES SETECIENTOS NOVENTA Y TRES MIL SETECIENTOS SESENTA Y NUEVE CON 42/100Dólares

JUICIO N° 09801-2012-0565

CAUSA: AFIANZAMIENTO

IdentBanEcuador:

**PROVIDENCIA**      N° Depósito 09802000167

**COORDINADOR**
MAZZINI TORRES OLGA MARLENE

Revisado por:

Nombre, Firma y Sello

**SECRETARIO**
VEGA CALERO BELGICA YOLANDA

Autorizado por:

Nombre, Firma y Sello

**RECIBÍ CONFORME**
PLAZA VERDUGA LEONIDAS EFRAIN

Pagado por:

Nombre, Firma y Sello

**CERTIFICADO DE DEPÓSITO JUDICIAL**

**FECHA:** GUAYAQUIL 2019/06/19

**BanEcuador B.P.**
**Sucursal:** GUAYAQUIL

**ORDEN DE RETIRO DE FONDOS**

**N° COMPROBANTE**
09-80-2000-0158

**PÁGUESE A LA ORDEN DE:**
PLAZA VERDUGA LEONIDAS EFRAIN
CC. 0900641812

**VALOR**
USD4.793.769,42

JUICIO N° 09801-2012-0565

IdentBanEcuador:

**PROVIDENCIA**   N° Depósito 0980200000167

**SECRETARIO**

VEGA CALERO BELGICA YOLANDA

Nombre, Firma y Sello

**RECIBÍ CONFORME**

PLAZA VERDUGA LEONIDAS EFRAIN

**Pagado por:**

Nombre, Firma y Sello

**Autorizado por:**

Nombre, Firma y Sello

**COORDINADOR**
MAZZINI TORRES OLGA MARLENE

**Revisado por:**

Nombre, Firma y Sello