UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-22281-BB

SEYED M. MOGHANI,

    Plaintiff,

vs.

THE REPUBLIC OF ECUADOR,
THE PORT AUTHORITY OF GUAYAQUIL,
STOCK & FUND MANAGERS OVERSEAS, INC.,
LEONIDAS EFRAIN PLAZA VERDUGA,
CARLOS AROSEMENA BAQUERIZO,
LEONIDAS PLAZA DIAS,
SUPERINTENDENCIA DE COMPANIAS
VALORES Y SEGUROS,
VICTOR MANUEL ANCHUNDIA PLACES, and
CARLOS XAVIER CADENA ASENCIO,

    Defendants.
_____/



FILED BY KS D.C.
NOV 13 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, SEYED M. MOGHANI, acting PRO-SE, hereby gives notice that the above-styled action is voluntarily dismissed, without prejudice against the Defendants.

Date: November 12, 2019.

Respectfully Submitted,

*[signature]*

SEYED M. MOGHANI.
Plaintiff (Pro-Se)

1

## CERTICATE OF SERVICE

The Plaintiff hereby states under the penalty of perjury that copies of the present document has been served via U.S. Mail to all parties of record.

Sincerely,

SEYED M. MOGHANI
Plaintiff (PRO-SE).