**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-22281-BLOOM/Louis**

SEYED M. MOGHANI,

      Plaintiff,

v.

THE REPUBLIC OF EQUADOR, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

      **THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [94]

("Notice"), filed on November 13, 2019. The Court has reviewed the Notice and the record, and

is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [94]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT**

    and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on November 13, 2019.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 19-cv-22281-BLOOM/Louis

Copies to:

Counsel of Record

Seyed M. Moghani
9513 SW 125th Terrace
Miami, FL 33176